# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SLUSH PUPPIE LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:19-cv-00189-MRB |
| | ) | |
| v. | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| THE ICEE COMPANY, | ) | MAGISTRATE JUDGE BOWMAN |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF FILING RALPH PETERS' MEDICAL ASSESSMENT UNDER SEAL

Pursuant to Order Granting Leave to File Under Seal (Doc. No. 36), entered by this Court on February 6, 2020, Plaintiff hereby gives notice of the electronic filing under seal of the medical assessment of Ralph Peters.

Respectfully submitted,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

/s/ Matthew D. Gurbach
Matthew D. Gurbach (0076707)
Elizabeth Emanuel (0093369)
200 Public Square, Suite 2300
Cleveland, OH  44114
(216) 363-4500 - Telephone
(216) 363-4588 - Facsimile
mgurbach@beneschlaw.com
eemanuel@beneschlaw.com

Ronald L. House (0036752)
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223-9300 – Telephone
(614) 223-9330 – Facsimile
rhouse@beneschlaw.com

*Attorneys for Plaintiff Slush Puppie Limited*

13018726 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

/s/ *Matthew D. Gurbach*
One of Plaintiff's Attorneys

13018726 v1