# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>THE ICEE COMPANY,<br><br>　　Defendant/Counterclaim Plaintiff. | CASE NO. 1:19-cv-00189-MRB<br><br>Judge Michael R. Barrett |

### ORDER GRANTING
### MOTION FOR RELEASE OF SEALED TRANSCRIPT OF
### AUGUST 30, 2021 PRELIMINARY INJUNCTION HEARING

Upon consideration of Plaintiff Slush Puppie Limited's ("SPL") Motion for Release of Sealed Transcript of (the August 30, 2021) Preliminary Injunction Hearing (Doc. 120), the Court finds good cause for the Motion (Doc. 120) and, accordingly, the Motion (Doc. 120) is hereby **GRANTED**. Once the transcript is prepared, the court reporter is authorized to release a copy to SPL's counsel of record in this case.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ *Michael R. Barrett*
　　　　　　　　　　　　　　　　　　　　Michael R. Barrett, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court