# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

SLUSH PUPPIE LIMITED,

               Plaintiff,

    v.

THE ICEE COMPANY,

               Defendant.

CASE NO. 1:19-cv-00189-MRB

Judge Michael R. Barrett

## CONSENT MOTION FOR
## AMENDMENT OF POST-HEARING BRIEFING SCHEDULE

The ICEE Company respectfully moves for amendment of the schedule for filing post-injunction briefs. This is the second motion to amend the schedule.  Undersigned counsel has conferred with counsel for SPL, and SPL consents this motion.  The received the portion of the transcript from the hearing on August 30, 2021 covering the afternoon's testimony last week, but only received the remainder of the transcript yesterday evening.  Additionally, ICEE's counsel has an in-person commitment in New York on Wednesday, which is the current deadline for ICEE to file its opening post-hearing brief.  To accommodate counsel's commitment and provide time for ICEE to incorporate the remainder of the transcript into its briefing, ICEE seeks an extension of the current schedule by two days, as follows:

- **September 17, 2021**: ICEE Post-Hearing Brief

- **September 29, 2021**: SPL Post-Hearing Brief

- **October 1, 2021**: ICEE Reply Brief

Dated: September 14, 2021          Respectfully submitted,

**DUANE MORRIS LLP**

BY:  _/s/David J. Wolfsohn_
David J. Wolfsohn (*admitted pro hac vice*)
Tyler R. Marandola (*admitted pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
djwolfsohn@duanemorris.com
tmarandola@duanemorris.com

Kenneth M. Argentieri (Ohio Bar No. 0067493)
Trial Attorney
600 Grant St., Ste. 5010
Pittsburgh, PA 15219
Tel.: (412) 497-1000
Fax: (412) 497-1001
kmargentieri@duanemorris.com

*Attorneys for Defendant, The ICEE Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021 I served the foregoing document on counsel of record by CM/ECF.

BY: _/s/ Tyler Marandola_____
Tyler Marandola