IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SLUSH PUPPIE LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:19-cv-00189-MRB |
| | ) | |
| v. | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| THE ICEE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF SLUSH PUPPIE LIMITED'S MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT THE ICEE COMPANY'S EXHIBIT 34 AS INADMISSIBLE**

Pursuant to S.D. Ohio Civ. R 5.2.1, Plaintiff Slush Puppie Limited ("SPL") hereby moves the Court for an Order allowing it to file under seal its *Motion to Exclude Defendant The ICEE Company's Exhibit 34 as Inadmissible*, in order to protect information that the parties have agreed not to disclose publicly. (*See* Doc. 25.) Good cause in support of this Motion exists because SPL cites to testimony set forth in the sealed preliminary injunction hearing transcript dated August 30, 2021.

Immediately upon the Court's ruling of this Motion, SPL will file its *Motion to Exclude Defendant the ICEE Company's Exhibit 34 as Inadmissible* to allow adjudication. A proposed order accompanies this Motion.

Respectfully submitted,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

/s/ *Eric Larson Zalud*
Eric Larson Zalud (0038959)
Laura Kogan (0093369)
200 Public Square, Suite 2300
Cleveland, OH  44114

15028828 v1

(216) 363-4500 - Telephone
(216) 363-4588 - Facsimile
ezalud@beneschlaw.com
lkogan@beneschlaw.com

Jennifer M. Turk (0073781)
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223-9300 – Telephone
(614) 223-9330 – Facsimile
jturk@beneschlaw.com

*Attorneys for Plaintiff Slush Puppie Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

/s/ *Eric Larson Zalud*