**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| SLUSH PUPPIE LIMITED, ) | Case No: 1:19-cv-00189-MRB |
| ) | |
| Plaintiff, ) | JUDGE MICHAEL R. BARRETT |
| ) | |
| vs. ) | MAGISTRATE JUDGE BOWMAN |
| ) | |
| THE ICEE COMPANY, ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF SLUSH PUPPIE LIMITED'S MOTION FOR**
**LEAVE TO FILE UNDER SEAL EXHIBIT C TO ITS REPLY IN SUPPORT OF ITS**
**MOTION FOR PROTECTIVE ORDER REGARDING THE SLUSHY JACK'S BRAND**

Pursuant to S.D. Ohio Civ. R 5.2.1, Plaintiff Slush Puppie Limited ("SPL") hereby moves the Court for an Order allowing it to file under seal Exhibit C to its *Reply in Support of Its Motion for Protective Order Regarding the Slushy Jack's Brand* in order to protect information that the parties have agreed not to disclose publicly. (*See* Doc. 162.) Good cause in support of this Motion exists because SPL cites to documents marked "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY."

Immediately upon the Court's ruling of this Motion, SPL will file Exhibit C to its *Reply in Support of Its Motion for Protective Order Regarding the Slushy Jack's Brand* to allow adjudication. A proposed order accompanies this Motion.

Respectfully submitted,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

/s/ *Eric Larson Zalud*
Eric Larson Zalud (0038959)
Laura E. Kogan (0093369)
200 Public Square, Suite 2300
Cleveland, OH  44114
(216) 363-4500 - Telephone
(216) 363-4588 - Facsimile
ezalud@beneschlaw.com
lkogan@beneschlaw.com

Jennifer M. Turk (0073781)
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223-9300 – Telephone
(614) 223-9330 – Facsimile
jturk@beneschlaw.com

*Attorneys for Plaintiff Slush Puppie Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

                /s/ *Eric Larson Zalud*
                Eric Larson Zalud
                *Attorney for Plaintiff Slush Puppie Limited*

15815030 v1