# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

SLUSH PUPPIE LIMITED,

        Plaintiff,

v.

THE ICEE COMPANY,

        Defendant.

CASE NO. 1:19-cv-00189-MRB

Judge Michael R. Barrett

## [PROPOSED] ORDER GRANTING THE ICEE COMPANY'S MOTION FOR SUMMARY JUDGMENT ON SPL'S TWELFTH CLAIM FOR RELIEF IN ITS AMENDED AND SUPPLEMENTAL COMPLAINT

AND NOW this _____ day of _____, 2022, it is hereby ORDERED that Defendant The ICEE Company's Motion for Summary Judgment is GRANTED, as follows:

1.    Judgment is entered in favor of Defendant The ICEE Company and against plaintiff Slush Puppie Limited on the Twelfth Claim for Relief of Slush Puppie Limited's Amended and Supplemental Complaint.

2.    Judgment is entered in favor of Defendant The ICEE Company and against plaintiff Slush Puppie Limited on any claims or part of claims by Slush Puppie Limited alleging liability or damages based on the premise that ICEE did not properly terminate the 1996 Manufacturing Appointment or the 1999 Distributor Agreement on June 25, 2019.

**IT IS SO ORDERED.**

 

_____
MICHAEL R. BARRETT, JUDGE
UNITED STATES DISTRICT COURT