# EXHIBIT A

CONFIDENTIAL

SUBJECT TO MOTION TO SEAL