# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| SLUSH PUPPIE LIMITED, | ) | Case No. 1:19-cv-00189-MRB |
| | ) | |
| Plaintiff, | ) | Judge Michael R. Barrett |
| | ) | |
| vs. | ) | Magistrate Judge Bowman |
| | ) | |
| THE ICEE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING DEPOSITION TRANSCRIPTS

Now come the Benesch Respondents, by and through counsel, and herein provide notice of the filing of the following deposition transcripts of:

- Jennifer M. Turk, Volume I, taken May 17, 2024, inclusive of exhibits.

- Jennifer M. Turk, Volume II, taken May 23, 2024, inclusive of exhibits.

Respectfully submitted,

*/s/ Patrick Kasson*
Patrick Kasson (0055570) (Trial Attorney)
Steven A. Chang (0088321)
Mrinali Sethi (0101295)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215

Ian D. Mitchell (0090643)
**REMINGER CO., L.P.A.**
525 Vine Street, Suite 1500
Cincinnati, Ohio 45202

*Counsel for the Benesch Respondents*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served upon the following counsel of record via the Court's E-filing system, this 1st day of August, 2024.

/s/ Patrick Kasson
Patrick Kasson (0055570)
Steven A. Chang (0088321)
Mrinali Sethi (0101295)