# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>               Plaintiff,<br><br>     v.<br><br>THE ICEE COMPANY,<br><br>               Defendant. | CASE NO. 1:19-cv-00189-MRB<br><br>Judge Michael R. Barrett |

## DEFENDANT THE ICEE COMPANY'S MOTION TO FILE SUPPLEMENTAL BRIEF

Defendant The ICEE Company ("ICEE"), by and through its undersigned counsel, respectfully moves the Court for permission to file the attached Supplemental Memorandum of Law in Support of Its Motion for Sanctions Against Benesch Friedlander Coplan & Aranoff LLP and Attorneys Mark Avsec, Elizabeth R. Emanuel, Matthew D. Gurbach, Ronald L. House, Jennifer M. Turk, and Eric Larson Zalud, Pursuant to 28 U.S.C. Section 1927, Fed. R. Civ. Proc. 26(g), and the Court's Inherent Authority.

ICEE sought discovery, both in the form of documents from and depositions of, Slush Puppie Limited's outside counsel, to support its motion for sanctions. Recognizing both the gravity of the issues and the extraordinary nature of the fraud on the Court by SPL and its principal Mark Peters, the Court granted that discovery, and later denied the Respondent attorneys' motion for reconsideration of that decision. ECF No. 270, at 23-24 ("Equally radical is the fact that this senior district judge, sworn to the Bench in 2006, has never presided over a civil action in which Plaintiff's counsel: (1) concede that the sole document (the 2000 Appointment) underpinning the original complaint is not 'genuine' (2) but only _after_ contentious discovery and

confrontation; (3) then withdraw that document (4) and matter-of-factly pivot to documents (the 1996 Appointment and the 1999 Agreement) previously referred to in the first amended complaint as 'superseded' by the not 'genuine' one.").

The parties have now taken five depositions of current and former Benesch attorneys (Matthew Gurbach, Mark Avsec, Ronald House (over five days), Elizabeth Emanuel, and Jennifer Turk (over two days)) and Benesch produced several hundred additional documents to ICEE (although, as explained in the accompanying memorandum, the productions sometimes came after the depositions for which they would have been most useful). Some of the documents were produced pursuant to this Court's orders, and some were produced by the attorneys' counsel for use in his examination of his clients during their depositions. ICEE now seeks leave to submit this supplemental memorandum to address and synthesize the import of these depositions and the recently produced documents. In addition, the memorandum exceeds the limit of 20 pages set forth in Local Rule 7.2(a)(3) due to the large volume of deposition testimony and documents that have been addressed. Accordingly, we seek leave to file the attached memorandum in excess of that limit. Of course, ICEE does not oppose any request by the Benesch Respondents to file an opposition brief that also exceeds the 20-page limit.

In support of the motion, ICEE incorporates and relies upon the attached Memorandum of Law, any reply, the depositions and exhibits filed on ECF and cited in the memoranda, and the Exhibits referenced in and attached to the memorandum.

A proposed order accompanies this motion.

Dated:  September 27, 2024         Respectfully submitted,

**DUANE MORRIS LLP**

BY:  /s/ David J. Wolfsohn
David J. Wolfsohn (*admitted pro hac vice*)
Tyler R. Marandola (*admitted pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
djwolfsohn@duanemorris.com
tmarandola@duanemorris.com

Kenneth M. Argentieri (Ohio Bar No. 0067493)
Trial Attorney
600 Grant St., Ste. 5010
Pittsburgh, PA 15219
Tel.: (412) 497-1000
Fax: (412) 497-1001
kmargentieri@duanemorris.com

*Attorneys for Defendant/Counterclaim Plaintiff, The ICEE Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>          Plaintiff,<br><br>v.<br><br>THE ICEE COMPANY,<br><br>          Defendant. | CASE NO. 1:19-cv-00189-MRB<br><br>Judge Michael R. Barrett |

## CERTIFICATION

Pursuant to Southern District of Ohio Local Rule of Civil Procedure 7.3(b), ICEE's counsel certifies that he has sought consent from counsel for the Benesch Respondents with regard to this motion. Although their consent was requested on September 11 and again on September 24, 2024, to date counsel for the Benesch Respondents have not indicated whether they will consent or oppose the filing of supplemental briefs.

Dated: September 27, 2024                                  By:*/s/ David J. Wolfsohn*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>THE ICEE COMPANY,<br><br>        Defendant. | CASE NO. 1:19-cv-00189-MRB<br><br>Judge Michael R. Barrett |

## CERTIFICATE OF SERVICE

I, Tyler R. Marandola, certify that I served a true and correct copy of the foregoing to all counsel of record by ECF filing.

Dated: September 27, 2024              By:*/s/ Tyler R. Marandola*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE ICEE COMPANY,<br><br>    Defendant. | CASE NO. 1:19-cv-00189-MRB<br><br>Judge Michael R. Barrett |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2024, it is hereby ORDERED that Defendant The ICEE Company's Motion to File Supplemental Brief in Further Support of ICEE's Motion for Sanctions against the Benesch Respondents is GRANTED. The attached brief is deemed filed as of this date and the Benesch Respondents shall file a response in ___ days.

 

_____
MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE