IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>   Plaintiff/Counterclaim<br>   Defendant,<br><br>  v.<br><br>THE ICEE COMPANY,<br><br>   Defendant/Counterclaim<br>   Plaintiff. | CASE NO. 1:19-cv-00189-MRB<br><br>Judge Michael R. Barrett |

**THE ICEE COMPANY'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

  Defendant/counterclaim plaintiff The ICEE Company ("ICEE"), pursuant to Southern District of Ohio Local Rule 5.2.1(a), respectfully moves the Court for an Order permitting ICEE to file under seal Exhibit 9 to ICEE's Reply Memorandum in support of its motion for summary judgment. ICEE's Reply Memorandum attaches and refers to those exhibits.

  Sealing is justified as to Exhibit 9 because SPL has marked it as CONFIDENTIAL under the Stipulated Protective Order in this case, apparently on the ground that it contains certain ingredient and other information about its manufacture of SLUSH PUPPIE® syrup. ICEE seeks to seal this document based on SPL's representations.

  ICEE respectfully requests that the Court grant this motion and permit it to file the exhibit under seal.

Dated:  December 26, 2025          Respectfully submitted,

**DUANE MORRIS LLP**

BY:  */s/ David J. Wolfsohn*
David J. Wolfsohn (*admitted pro hac vice*)
Tyler R. Marandola (*admitted pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
djwolfsohn@duanemorris.com
tmarandola@duanemorris.com

Kenneth M. Argentieri (Ohio Bar No. 0067493)
Trial Attorney
625 Liberty Ave., Ste. 1000
Pittsburgh, PA 15222
Tel.: (412) 497-1000
Fax: (412) 497-1001
kmargentieri@duanemorris.com

*Attorneys for Defendant/Counterclaim Plaintiff, The ICEE Company*

## CERTIFICATE OF SERVICE

I, Tyler R. Marandola, certify that I served a true and correct copy of the foregoing to all counsel of record by ECF filing.

Dated: December 26, 2025                                By:/s/ Tyler R. Marandola