# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SLUSH PUPPIE LIMITED, | ) |
| Plaintiff, | ) Case No: 1:19-cv-00189-MRB |
| v. | ) JUDGE MICHAEL R. BARRETT |
| THE ICEE COMPANY, | ) MAGISTRATE JUDGE BOWMAN |
| Defendant. | ) |

**PLAINTIFF'S TEAMS RECORDING DECLARATION SUBMISSION**

Plaintiff/Counter-Defendant Slush Puppie Limited ("SPL"), hereby submits, pursuant to the Court's February 3, 2026 Order, the Declaration of SPL Director Mark Peters relating to company practices as to Teams recordings. As this Court is aware, this Lawsuit has had quite a tumultuous path. At the outset, the Lawsuit *solely* involved the SLUSH PUPPiE brand, and the parties' rights and obligations regarding that brand. Indeed, for more than two years, SLUSH PUPPiE was the only brand at issue in the litigation. All the written discovery and depositions that followed focused upon the SLUSH PUPPiE brand. *There was no other brand at issue in the case.*

On February 23, 2022, Defendant The ICEE Company ("ICEE") filed its Motion to Amend / Correct Counterclaims (Doc. 152) (the "Motion to Amend") seeking, *inter alia*, to add an unjust enrichment claim related to SPL's Slushy Jack's brand. The February 23, 2022 Motion to Amend was the ***first time*** Defendant asserted *any* claims related to SPL's Slushy Jack's brand and its decision to bring the new brand into the marketplace. Defendant's Motion to Amend was granted by this Court on March 7, 2023. No claims involving SPL's Slushy Jack's brand, or what has been described as "the transition" existed in this case, prior to February, 2022.

SPL also notes that it has produced, and presented for deposition, mountains of documents, and a multitude of deponents, to testify about, and document, all aspects of SPL's phase out of the SPL brand, and the creation of the new brand Slushy Jack's, as the chart/summary below makes very clear:

**SPL DEPOSITIONS**

| Date | SPL Deponent | Length of Deposition |
|---|---|---|
| 8/12/20 | Alan Beaney | 5:07 |
| 5/16/22 | Ashok Makanji | 4:05 |
| 11/24/25 | Jessica Snow | 7:04 |
| 12/11/25 | Jessica Snow | 3:43 |
| 12/5/25 | Josie Patrick | 4:31 |
| 9/3/25 | Ann Marie Lynskey | 3:34 |
| 9/4/25 | Ann Marie Lynskey | 3:48 |
| 11/17/25 | Ann Marie Lynskey | 2:31 |
| 3/16/21 | Laura Peters | 2:43 |
| 8/23/21 | Laura Peters | 2:00 |
| 12/17/25 | Laura Peters | 3:09 |
| 2/12/26 | Laura Peters | 1:07 |
| 7/1/20 | Mark Peters | 6:22 |
| 7/13/20 | Mark Peters | 6:40 |
| 10/9/20 | Mark Peters | 4:30 |
| 10/29/25 | Mark Peters | 9:01 |
| 1/29/26 | Mark Peters | 3:10 |
| 2/24/20 | Ralph Peters | 1:09 |
| 8/9/22 | Kevin Scoles | 2:53 |
| 8/25/20 | Stefan Loos | 2:07 |
| 3/16/21 | Abi Somorion | 2:40 |
| 8/26/21 | Abi Somorion | 1:53 |
| 9/29/20 | Susanne Treacher | 2:02 |
| 8/9/22 | Russell Wallace | 5:58 |
| 10/28/22 | Russell Wallace | 3:19 |
| 1/6/26 | Mark Whitton | 2:55 |
| 12/22/25 | Simon Shale | 2:56 |

At many of these depositions, Defendant's counsel propounded hours of questions about the Slushy Jack's brand, and what he calls "the transition." And he received answers to those questions.

## SPL DOCUMENTS PRODUCED

SPL has produced 8,598 documents, consisting of 28,178 pages.  It has produced 5,023 documents relating to "the transition" consisting of 16,121 pages.  SPL has also, on this date, produced Teams Chat records and WhatsApp records, as per this Court's recent order.  There are no gaps in the above described discovery responses and documents, no holes and no untouched issues.  ICEE has all the facts already, many times, often in triplicate.

                        Respectfully submitted,

                        BENESCH, FRIEDLANDER,
                        COPLAN & ARONOFF LLP

                        */s/ Eric Larson Zalud*
                        Eric Larson Zalud (0038959)
                        Laura E. Kogan (0093369)
                        127 Public Square, Suite 4900
                        Cleveland, OH  44114
                        Tel:  (216) 363-4500
                        Fax: (216)363-4588
                        ezalud@beneschlaw.com
                        lkogan@beneschlaw.com

                        Jennifer M. Turk (0073781)
                        41 South High Street, Suite 2600
                        Columbus, Ohio 43215
                        Tel:  (614) 223-9300
                        Fax: (614) 223-9330
                        jturk@beneschlaw.com

                        *Attorneys for Plaintiff Slush Puppie Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

/s/ *Eric Larson Zalud*
Eric Larson Zalud
*Attorney for Plaintiff Slush Puppie Limited*