| | |
|---|---|
| SLUSH PUPPIE LIMITED,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>              v.<br><br>THE ICEE COMPANY,<br><br>        Defendant/Counterclaim Plaintiff. | Case No. 1:19-cv-00189<br><br>Judge Michael R. Barrett |

## ORDER

This matter is before the Court on Counterclaim Defendant Slush Puppie Limited's ("SPL") Motion for Partial Judgment on the Pleadings as to Count Six of The ICEE Company's ("ICEE") Amended Counterclaim. (Doc. 444). ICEE filed a response in opposition (Doc. 447), to which SPL replied (Doc. 451). SPL's motion will be DENIED.

On February 25, 2026, this Court granted ICEE's Motion for Partial Reconsideration[1] of the Court's Opinion & Order[2] entered on June 27, 2025. (*See* Doc. 431). Consequently: (1) Counts Three, Four, and Five of ICEE's counterclaim to SPL's Second Amended Complaint, previously dismissed pursuant to Fed. R. Civ. P. 12(b)(6), were reinstated; and (2) Sections 10(1) & 10(3) of the U.K. Trade Marks Act 1994 and the U.K. (common) law of passing off, along with all available remedies, were substituted in place of the Lanham Act (15 U.S.C. §§ 1114, 1125) and the Deceptive Trade Practices Act (Ohio Rev. Code §§ 4165.01 et seq.). In the wake of the Court's

---

[1] (Doc. 317).

[2] (Doc. 316).

1

ruling, SPL moved to continue the trial date,[3] then-set for March 9, 2026.[4] The undersigned permitted a continuance to May 11, 2026.[5] The undersigned also put on the record the agreement reached between counsel and the Court as to the foreign law claims:

> THE COURT: Anyway, so I think – and I just want to cover what I think we agreed to on the informal call, but I want to do it on the record and see where we are.
>
> I said that the Court was willing to continue the case to May 11th if SPL represents that all the witnesses will appear on May 11th, and then we were going to have the foreign lawyers submit proposed jury interrogatories as to the foreign law claims that you guys are going to work on timing on that. I don't think we actually set a specific time.
>
> But ICEE was to file their amended counterclaims, including the foreign law claims, no later than, I believe, tomorrow. Eric was to answer no later than the 13th, which is next Friday. **There weren't going to be any Motions to Dismiss.** You guys are going to work out admissibility regarding e-mails. We talked about that.

(Doc. 442, Transcript of Proceedings, PAGEID 21641–21642 (22:17–23:6)) (bold emphasis added).

A motion for judgment on the pleadings (pursuant to Fed. R. Civ. P. 12(c)) admittedly is different from a motion to dismiss (pursuant to Fed. R. Civ. P. 12(b)(6)). But the legal standard under which they are decided is the same. *See, e.g.*, *Lindsay v. Yates*, 498 F.3d 434, 437 n.5 (6th Cir. 2007); *Briggs v. Hogan*, No. 21-5581, 2022 WL 985825, at *4 (6th Cir. Apr. 1, 2022). So, while SPL did not violate the letter of the Court's agreement with the parties, it doubtless violated its spirit.

---

[3] (Doc. 437).

[4] (*See* Doc. 337 PAGEID 15692).

[5] (*See* 03/05/2026 Minute Entry and NOTATION ORDER for Motions Hearing; Doc. 442, Transcript of Proceedings, PAGEID 21641–21642 (22:12–23:23)).

ICEE filed its amended counterclaim, with the Court's approval, so that it could "expressly allege its U.K. trademark and passing off claims, and so that SPL would then have an opportunity to file an answer and affirmative defenses responding to those U.K. claims." (Doc. 447 PAGEID 22002). Because SPL's motions for partial summary judgment (Docs. 341, 350) as to ICEE's breach of contract claims, as well at its *unjust enrichment* claim, were—and are—ripe for decision, the Court hoped to avoid another round of motions, especially considering the imminent trial date. SPL's filing notwithstanding, this plan remains in place.

The additional points SPL makes in its Rule 12(c) motion can be argued at trial, if appropriate. Accordingly, SPL's Motion for Partial Judgment on the Pleadings as to Count Six of ICEE's Amended Counterclaim (Doc. 444) is hereby **DENIED**.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
JUDGE MICHAEL R. BARRETT