| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| The Icee Company v. Slush Puppie Limited | | | | | | 1:19-cv-00189 | |
| Counter Claimant's Attorney | | Counter Defendant=s Attorney | | | | Trial Date(s) | |
| David Wolfsohn, Tyler Marandola, Philip Han | | Eric Zalud, Sarah Schneider, Laura Kogan, Jennifer Turk | | | | May 11, 2026 – May 22, 2026 | |
| Presiding Judge | | Courtroom Deputy/Law Clerk | | | | Court Reporter | |
| Judge Michael R. Barrett | | Krista Zeller/Kathleen Bedree | | | | Maryann Maffia, Official | |

| PTX | DTX | Date Shown (2026) | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | 1118 | 5/13 | X | X | Fachner/Wolfsohn | Wolfsohn to MP Immediate Termination |
| | 1253 | 5/13 | X | X | Fachner/Wolfsohn | Snow to coop. ceased trading as SP enc "Important News from SP" re confirmation change of brand to SJ and co. to FBL |
| | 1443 | 5/13 | X | X | Fachner/Wolfsohn | Slush Puppie machine photo |
| | 1001 | 5/13 | X | X | Fachner/Wolfsohn | 2006 Asset Purchase Agmt |
| | 1002 | 5/13 | X | X | Fachner/Wolfsohn | 2006 DPSU to ICEE TM Assignment Agmt |
| | 1005 | 5/13 | X | X | Fachner/Wolfsohn | Seller Disclosure Schedules to May 2006 APA |
| | JTX01 | 5/13 | X | X | Fachner/Wolfsohn | 1996 Manufacturing Appointment |
| | JTX02 | 5/13 | X | X | Fachner/Wolfsohn | 1999 International Independent Area Distributor License Agreement |
| | 1043 | 5/13 | X | X | Fachner/Wolfsohn | Peters to Fachner re contents of the mfg. agmt. |
| | 1430 | 5/13 | X | X | Fachner/Wolfsohn | MP to Fachner re Passing Off |
| | 1432 | 5/13 | X | X | Fachner/Wolfsohn | MP to Fachner re time is of the essence |
| | 1049 | 5/13 | X | X | Fachner/Wolfsohn | Peters to Fachner re draft docs discussed |
| | 1022 | 5/13 | X | X | Fachner/Wolfsohn | Rod Steele to M. Peters Re no distrib. Rts in Europe |
| | 1433 | 5/13 | X | X | Fachner/Wolfsohn | MP to Fachner re Noisy Drinks temporary license letter |
| | 1052 | 5/13 | X | X | Fachner/Wolfsohn | Peters to Fachner re Fachner declining proposal for local legal representation for Happy Puppie TM matter |
| | 1055 | 5/13 | X | X | Fachner/Wolfsohn | Beaney to Fachner re edited term sheet w/ draft term sheet attached |
| | 1026 | 5/13 | X | X | Fachner/Wolfsohn | Gowling to Peters re contractual arrangements in Eur. |
| | 1024 | 5/13 | X | X | Fachner/Wolfsohn | Conroy to Smith re Existing Agmnts, resp. to 6/23/2017 ltr |
| | JTX05 | 5/13 | X | X | Fachner/Wolfsohn | Every Recap of SP and Nichols Meetings |
| | 1062 | 5/13 | X | X | Fachner/Wolfsohn | Splatt to Cabrera re Export Partners |
| | 1077 | 5/13 | X | X | Fachner/Wolfsohn | Peters to Cran re SPL's req. to Fachner to discuss lic. K. (redacted) |
| | 1036 | 5/13 | X | X | Fachner/Wolfsohn | Avsec to J&J. re contractual arrangements in Eur. & 2000 Agmt. |
| | 1093 | 5/13 | X | X | Fachner/Wolfsohn | Kline to Avsec disputing the 2000 Agmt. |
| | 1296 | 5/13 | X | X | Fachner/Wolfsohn | SPL Complaint |
| | 1119 | 5/13 | X | X | Fachner/Wolfsohn | Gurbach to Wolfsohn Termination Nullity |
| | 1008 | 5/13 | X | X | Fachner/Wolfsohn | UK SLUSH PUPPIE Registration |
| | 1009 | 5/13 | X | X | Fachner/Wolfsohn | EU SLUSH PUPPIE Registration |
| | 1428 | 5/13 | X | X | Fachner/Wolfsohn | J&J Mar. 5, 2026 Assignment of UK trademarks |
| | 1051-0005 | 5/13 | X | X | Fachner/Wolfsohn | Peters to Kline attaching HOWP |
| | 1249-0040 | 5/13 | X | X | Fachner/Wolfsohn | Snow to McAuley fwd. SJ official announcement |
| | 1083 | 5/13 | X | X | Fachner/Wolfsohn | House to Peters requesting native format for Wendsday email; "Wednesday" is misspelled. |
| | JTX08 | 5/13 | X | X | Fachner/Wolfsohn | Galloway to Fachner re Kirby- Bird email discussing rlty. rate |
| | 1113 | 5/13 | X | X | Fachner/Wolfsohn | Gurbach to Wolfsohn re w/drawing Wendsday Email from production |
| | 1442 | 5/13 | X | X | Fachner/Wolfsohn | Gurbach to Wolfsohn re w/drawing Wendsday Email from production (w/bates stamps) |
| | 1302 | 5/13 | X | X | Fachner/Wolfsohn | SPL Resp. ICEE 7th Am. Rule 30(b)(6) NOD |
| | 1078A | 5/13 | X | X | Fachner/Wolfsohn | Metadata for Wendsday Email DTX 1078 |
| | 1309 | 5/13 | X | X | Fachner/Wolfsohn | Doc. 85 SPL Reply Mem ISO Mtn. for Leave to File SAC to Withdraw 2000 Agmnt Claims |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | JTX 67 | 5/13 | X | X | Fachner/Wolfsohn | Intl. Ind. Area Dist. Lic. Agmt b/t ICEE and Nichols plc |
| | PX 226 | 5/13 | X | X | Fachner/Wolfsohn | Email from S. Treacher to K. Stuck re: European 2019 Slush Puppie Royalty Payment |
| | 1420 | 5/13 | X | X | Fachner/Wolfsohn | Doc. 246-1 - Roshkoff to Treacher re Unauthorized use of SP w/ C&D ltr |
| DTX 1420 | | 5/13 | | X | Fachner/Zalud | Doc. 246-1 - Roshkoff to Treacher re Unauthorized use of SP w/ C&D ltr |
| DTX 1296 | | 5/13 | | X | Fachner/Zalud | SPL Complaint |
| DTX 1253 | | 5/13 | | X | Fachner/Zalud | Snow to coop. ceased trading as SP enc "Important News from SP" re confirmation change of brand to SJ and co. to FBL |
| JTX 01 | | 5/13 | | X | Fachner/Zalud | 1996 Manufacturing Appointment |
| JTX 149 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to S. Every, K. Galloway, S. Woods re: FW: Slush Puppie Limited – Call Notes |
| JTX 02 | | 5/13 | | X | Fachner/Zalud | 1999 International Independent Area Distributor License Agreement |
| 044 | | 5/13 | X | X | Fachner/Zalud | Email from N. Peterson to D. Fachner, R. Tarson re: licensee item list |
| 054 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to R. Steele re: FW: Mark Peters/ Slush Puppie UK |
| 227 | | 5/13 | X | X | Fachner/Zalud | Email from S. Treacher to K. Stuck re: Royalty |
| JTX067 | | 5/13 | | X | Fachner/Zalud | Intl. Ind. Area Dist. Lic. Agmt b/t ICEE and Nichols plc |
| 314 | | 5/13 | X | X | Fachner/Zalud | ICEE License Fees for Slush Puppie For UK-Europe: June 2019-Present |
| JTX 147 | | 5/13 | X | X | Fachner/Zalud | International Independent Area Distributor License Agreement Between ICEE and Celtic Frozen Drinks |
| 98 | | 5/13 | X | X | Fachner/Zalud | Email from M. Peters to D. Fachner re: Coke Contracts |
| 43 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to S. Every re: FW: Coke Contracts (SP-UK) |
| JTX 76 | | 5/13 | X | X | Fachner/Zalud | License Agreement between ICEE and Fizz Creations |
| JTX 77 | | 5/13 | X | X | Fachner/Zalud | License Agreement between ICEE and Manchester Drinks |
| 021 | | 5/13 | X | X | Fachner/Zalud | ICEE letter re licensing |
| 055 | | 5/13 | X | X | Fachner/Zalud | Email from C. Janet to D. Fachner, R. Tarson re: Verification Letter to UK retailers |
| 163 | | 5/13 | X | X | Fachner/Zalud | Email from S. Every to "ppambisdiner", M. Peters re: Response to your Slush Puppie inquiry |
| 57 | | 5/13 | X | X | Fachner/Zalud | Email from S. Every to M. Peters, D. Fachner re: RE: ICEE Spain |
| 110 | | 5/13 | X | X | Fachner/Zalud | Email from S. Every to M. Peters, D. Fachner re: FW: ICEE & Slush Puppie in Japan |
| 134 | | 5/13 | X | X | Fachner/Zalud | Email from R. Sexton to M. Peters with re: Interest from Spain |
| 130 | | 5/13 | X | X | Fachner/Zalud | Email from R. Sexton to M. Peters and T. IP-Blanchette re: Greece |
| 147 | | 5/13 | X | X | Fachner/Zalud | Email from M. Peters to S. Every re: RE: Leads from IAPPA Show 2013 – Europe |
| 166 | | 5/13 | X | X | Fachner/Zalud | Email from R. Sexton to M. Peters re: Switzerland Lead |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 121 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to M. Peters re: FW: SLUSH PUPPIE |
| 153 | | 5/13 | X | X | Fachner/Zalud | Email from M. Peters to S. Every re: RE: Leads from IAPPA Show in Orlando FL |
| 058 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to G. Schreiber re: Re: Following Up - Without Prejudice |
| 064 | | 5/13 | X | X | Fachner/Zalud | Email from G. Schreiber to D. Fachner, T. Scheimreif re: RE: Nag Nag |
| JTX80 | | 5/13 | X | X | Fachner/Zalud | Email from M. Peters to D. Fachner, J. Reid re: FCB Freezers |
| 111 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to M. Peters, S. Woods and R. Sexton re: FW: ICEE for Claire's USA and UK |
| 119 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to M. Peters, S. Woods re: FW: Opposition vs. "Slushee Chilled Out" European Community Trademark owned by Mick Daniels |
| JTX79 | | 5/13 | X | X | Fachner/Zalud | Email from S. Woods to M. Peters, D. Fachner re: FCB Equipment Branded ICEE |
| 52 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to S. Every re: RE: ICEE Web Mail for Sales Lead Europe |
| 59 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to K. Galloway re: RE: Mark Peters/ Slush Puppie UK |
| DTX 1429 | | 5/13 | X | X | Fachner/Zalud | Mar. 6, 2026 Recording of Assignment |
| 56 | | 5/13 | X | X | Fachner/Zalud | Email from D. Fachner to S. Every, K. Galloway, S. Woods re: FW: Slush PUPPiE Prototypes showing at giftware licensing show in London |
| | 1409 | 5/14 | X | X | Wright/Marandola | 2000 Appointment Earliest Generation |
| | 1051 | 5/14 | X | X | Wright/Marandola | Peters to Kline attaching HOWP |
| | 1097 | 5/14 | X | X | Wright/Marandola | Forged version of History of Working Practise |
| | 1118 | 5/14 | | X | L. Peters/Marandola | Wolfsohn to MP Immediate Termination |
| | 1317 | 5/14 | X | X | L. Peters/Marandola | L. Peters Decl. (9/30/2021) |
| | JTX 02 | 5/14 | X | X | L. Peters/Marandola | 1999 International Independent Area Distributor License Agreement |
| | 1420 | 5/14 | X | X | L. Peters/Marandola | Doc. 246-1 - Roshkoff to Treacher re Unauthorized use of SP w/ C&D ltr |
| | 1272 | 5/14 | X | X | L. Peters/Marandola | Splatt to Peters re trolleys to rebrand |
| | JTX 65 | 5/14 | X | X | L. Peters/Marandola | LP Chats 9/23/2020 |
| | 1278 | 5/14 | X | X | L. Peters/Marandola | L. Peters to Scoles re "happy to do whatever" for selling through SP in SJ eqpt. |
| | 1424 | 5/14 | X | X | L. Peters/Marandola | LP to Heather Simpson Teams Chat |
| | 1153 | 5/14 | X | X | L. Peters/Marandola | Official Statement for SJ |
| | 1194 | 5/14 | X | X | L. Peters/Marandola | Rebranding a Faby Slush Puppie machine to Slushie Jacks |
| | JTX 103 | 5/14 | X | X | L. Peters/Marandola | Email from L. Peters to G. Semark, B. Slevin, H. Lally re: January |
| | JTX 68 | 5/14 | X | X | L. Peters/Marandola | SP/SJ Freezer Installs |
| | 1413 | 5/14 | X | X | L. Peters/Marandola | MP to LP Rebrand Communications |
| | JTX 14 | 5/14 | X | X | L. Peters/Marandola | Cook to Away Resorts With Position Statement |
| | 1225 | 5/14 | X | | L. Peters/Marandola | Slushy Jack's/Slush Puppie Position Stmt. |
| | JTX 15 | 5/14 | X | X | L. Peters/Marandola | Chyla to Planet Ice re SJ same as SP, fine to sell SJ from SP machines |
| | | | | | | |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | JTX 95 | 5/14 | X | X | L. Peters/Marandola | Email from Alastair to Customer Services re: Re: Important Announcement from Slush Puppie Ltd |
| | JTX 121 | 5/14 | X | X | L. Peters/Marandola | Email from J. Snow to K. Scoles, H. Chyla, A. McAuley, M. Cooke re: Slushy Jack's Welcome Pack |
| | 1290 | 5/14 | X | X | L. Peters/Marandola | Frozen Brothers Pastures Statement |
| | 1287 | 5/14 | X | X | L. Peters/Marandola | SP/SJ Crossover Invoices (Compilation) |
| | 1274 | 5/14 | X | X | L. Peters/Marandola | L. Peters Decl. (5/5/2021) |
| | 1442 | 5/14 | | X | L. Peters/Marandola | Gurbach to Wolfsohn re w/drawing Wendsday Email from production (w/bates stamps) |
| | 1294 | 5/14 | X | | L. Peters/Marandola | SPL R&O to ICEE 3rd RFAs |
| | 1078 | 5/14 | X | X | L. Peters/Marandola | Peters to Cran sending Wendsday Email; is this of any help? (redacted) |
| | 1078A | 5/14 | X | X | L. Peters/Marandola | Metadata for Wendsday Email DTX 1078 |
| JTX 131 | | 5/14 | X | X | L. Peters/Zalud | Email from K. Scoles to L. Peters, P. Campbell re: Account tracker updated as of last night |
| JTX 128 | | 5/14 | X | X | L. Peters/Zalud | Email from J. Snow to M. Sewell, N. Cabral |
| JTX 118 | | 5/14 | X | X | L. Peters/Zalud | Email from L. Peters to B. Gooch re: Slushy Jacks |
| JTX 129 | | 5/14 | X | X | L. Peters/Zalud | Email from J. Snow to N. Cabral, L. Peters, H. Lally, A. Musoke re: Re: New Slush Puppie 6468 Chichester-one stop franchisee store - include stock order please |
| JTX 130 | | 5/14 | X | X | L. Peters/Zalud | Email from B. Gooch to J. Snow re: Re: Slushy Jack's swing signs |
| JTX 103 | | 5/14 | X | X | L. Peters/Zalud | Email from L. Peters to G. Semark, B. Slevin, H. Lally re: January |
| 306 | | 5/14 | X | X | L. Peters/Zalud | Email from J. Snow to W. Donnelly, L. Peters re: RE: Monkey Bizness Play Ltd |
| 290 | | 5/14 | X | X | L. Peters/Zalud | Email from H. Lally to L. Peters re: FW: SORGB093429 08932 Blackpool Zoo: to send 31st March |
| JTX 138 | | 5/14 | X | X | L. Peters/Zalud | Email from R. MacGregor to H. Lally, L. Peters re: SSP Pumpkin rebrand kits |
| 292 | | 5/14 | X | X | L. Peters/Zalud | Email from H. Lally to M. Mott, L. Peters re: ST jobs for rebranding - MFA |
| JTX 135 | | 5/14 | X | X | L. Peters/Zalud | Email from M. Cooke to H. Lally, L. Peters, J. Snow re: He Hobume Holiday Parks, Slushy Jacks conversions |
| JTX 137 | | 5/14 | X | X | L. Peters/Zalud | Email from S. Shale to L. Peters |
| 299 | | 5/14 | X | X | L. Peters/Zalud | Frozen Brothers Ltd. Purchase Order |
| JTX 142 | | 5/14 | X | X | L. Peters/Zalud | Frozen Brothers Ltd. Purchase Order |
| JTX 143 | | 5/14 | X | X | L. Peters/Zalud | Frozen Brothers Ltd. Purchase Order |
| DTX 1274 | | 5/14 | | X | L. Peters/Zalud | L. Peters Decl. (5/5/2021) |
| | JTX 130 | 5/14 | | X | L. Peters/Marandola | Email from B. Gooch to J. Snow re: Re: Slushy Jack's swing signs |
| | JTX 17 | 5/14 | X | X | L. Peters/Marandola | Completed SJ Contact Tracker |
| | JTX 135 | 5/14 | | X | L. Peters/Marandola | Email from M. Cooke to H. Lally, L. Peters, J. Snow re: He Hobume Holiday Parks, Slushy Jacks conversions |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | 1256 | 5/14 | X | X | Patrick/Marandola (deposition) | Patrick to Scoles re new version of allergy statements for SJ |
| | 1257 | 5/14 | X | X | Patrick/Marandola (deposition) | SJ Produce Information sheets |
| | 1258 | 5/14 | X | X | Patrick/Marandola (deposition) | Patrick to HCE re Change of Co. Name Doc. and Halal Cert. |
| | 1259 | 5/14 | X | X | Patrick/Marandola (deposition) | Cooke to Sandle re name change from SPL to SJ |
| | 1260 | 5/14 | X | X | Patrick/Marandola (deposition) | Chyla to Scoles re Tenpin's req. for legally drafted side ltr. |
| | 1240 | 5/14 | X | X | Patrick/Marandola (deposition) | Scoles to Snow re interim SJ position stmt. |
| | 1198 | 5/14 | X | X | Scoles/Wolfsohn (deposition) | McAuley to Scoles forwarding email re Slush Puppie to FBL update |
| | 1199 | 5/14 | X | X | Scole/Wolfsohn (deposition) | MacGregor to Scoles forwarding email re Slush Puppie to FBL |
| | JTX 21 | 5/15 | | X | Snow/Wolfsohn | Snow to Chyla re list of issues missed for Slushy Jacks |
| | 1238 | 5/15 | X | X | Snow/Wolfsohn | Scoles to Chyla re Tenpin request for side ltr. |
| | 1240 | 5/15 | | X | Snow/Wolfsohn | Scoles to Snow re interim SJ position stmt. |
| | 1189 | 5/15 | X | X | Snow/Wolfsohn | Snow to Tesco with Position Statement |
| | 1177 | 5/15 | X | X | Snow/Wolfsohn | Transition from SP Brand is Key |
| | JTX 127 | 5/15 | X | X | Snow/Wolfsohn | Email from J. Snow to A. McAuley, M. Cooke re: Slushy Jacks update |
| | JTX 116 | 5/15 | X | X | Snow/Wolfsohn | Email from J. Snow to S. Annison, T. Harrison, J. Mulvihill, S. Aislabie re: Slushy Jack's Update |
| | 1250 | 5/15 | X | X | Snow/Wolfsohn | Snow to McAuley fwd. SJ official announcement |
| | 1251 | 5/15 | X | X | Snow/Wolfsohn | Snow to McAuley re language for name change |
| | 1252 | 5/15 | X | X | Snow/Wolfsohn | Snow to McAuley pretty much made up that SJ is UK's biggest selling slush brand |
| | 1158 | 5/15 | X | X | Snow/Wolfsohn | Snow to Monkey Bizness re SJ spec sheets, position statement |
| | 1229 | 5/15 | X | X | Snow/Wolfsohn | Snow to Annison re summary of convo of transition of SP to SJ w/ Supplier Ltr., |
| | 1244 | 5/15 | X | X | Snow/Wolfsohn | Snow to Bachra re keeping SPL posters and working on new SJ posters |
| | JTX 130 | 5/15 | | X | Snow/Wolfsohn | Email from B. Gooch to J. Snow re: Re: Slushy Jack's swing signs |
| | 1179 | 5/15 | X | X | Snow/Wolfsohn | Slush Puppie brand options for retailers |
| | JTX 121 | 5/15 | X | X | Snow/Wolfsohn | Email from J. Snow to K. Scoles, H. Chyla, A. McAuley, M. Cooke re: Slushy Jack's Welcome Pack |
| | 1143 | 5/15 | X | X | Snow/Wolfsohn | Hudson to Snow - Customer Still Ordering SP |
| | 1145 | 5/15 | X | X | Snow/Wolfsohn | Paultons to Cooke, Snow re SP orders |
| | 1188 | 5/15 | X | X | Snow/Wolfsohn | MacGregor to Lally, snow cautious re trap from competitor |
| | 1056 | 5/15 | X | X | Beaney/Wolfsohn (deposition) | Every to Kline forwarding Beaney contractual arrangements in Europe memo |
| | 1425 | 5/15 | X | X | Somorin/Wolfsohn (deposition) | Every to Fachner – FU w/o Prej. |
| | 1081 | 5/15 | X | X | Somorin/Wolfsohn (deposition) | Mark to Zalud re update on recent developments and 2000 lic. agmt. (redacted) |
| | 1081A | 5/15 | X | X | Somorin/Wolfsohn (deposition) | Metadata for Wendsday Email |
| | 1079 | 5/15 | X | X | M. Peters/Wolfsohn | Suchett-Kaye to Cran forwarding HOWP rec'd from M Peters (redacted) |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | 1443 | 5/18 | | X | Every/Marandola | Photo of Slush Puppie Machine |
| | JTX 2 | 5/18 | X | X | Every/Marandola | 1999 International Independent Area Distributor License Agreement |
| | 1418 | 5/18 | X | X | Every/Marandola | slushpuppie.eu domain |
| | 1417 | 5/18 | X | X | Every/Marandola | slushpuppie.company domain |
| | 1142 | 5/18 | X | | Every/Marandola | Splatt SP/ICEE Domain Registrations (Compilation) |
| | PX089 | 5/18 | X | | Every/Marandola | Letter from E. Zalud to Duane Morris |
| | 1318 | 5/18 | X | X | Every/Marandola | Wareing to Rogers forwarding Malta based sub-licensee's inquiry |
| 1418 | | 5/18 | | X | Every/Zalud | slushpuppie.eu domain |
| 108 | | 5/18 | X | X | Every/Zalud | Email from S. Every to M. Peters re: FW: distributors |
| 125 | | 5/18 | X | X | Every/Zalud | Email from S. Every to M. Peters re: FW: SLUSH PUPPIE Web Mail - International |
| 136 | | 5/18 | X | X | Every/Zalud | Email from S. Every to M. Peters with re:LEADS -- UK& EUROPE |
| 151 | | 5/18 | X | X | Every/Zalud | Email from M. Peters to S. Every re: RE: Response to your Slush Puppie inquiry |
| 162 | | 5/18 | X | X | Every/Zalud | Email from S. Every to "lorichahill1 ", M. Peters re: Response to your inquiry |
| 127 | | 5/18 | X | X | Every/Zalud | Email from S. Every to M. Peters re: FW: Spain |
| JTX 149 | | 5/18 | X | X | Every/Zalud | Email from D. Fachner to S. Every, K. Galloway, S. Woods re: FW: Slush Puppie Limited – Call Notes |
| | JTX 070 | 5/18 | X | X | Plumpe/Maradola | FB UK 2020 Sales |
| 54 | | 5/18 | | X | Plumpe/Zalud | Email from D. Fachner to R. Steele re: FW: Mark Peters/ Slush Puppie UK |
| 227 | | 5/18 | | X | Plumpe/Zalud | Email from S. Treacher to K. Stuck re: Royalty |
| 314 | | 5/18 | | X | Plumpe/Zalud | ICEE License Fees for Slush Puppie For UK-Europe: June 2019-Present |
| | JTX 30 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2019 Jun-Dec Europe Sales.xlsx |
| | JTX 31 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2020 Europe Sales |
| | JTX 32 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2021 Europe Sales |
| | JTX 33 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2022 Jan-Apr Europe Sales |
| | JTX 34 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2019 Jun-Dec Sales |
| | JTX 35 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2020 Sales |
| | JTX 36 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2021 Sales |
| | JTX 37 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2022 Jan-Apr Sales |
| | JTX 38 | 5/18 | X | X | Plumpe/Marandola | FB UK 2019 Jun-Dec Sales |
| | JTX 39 | 5/18 | X | X | Plumpe/Marandola | FB UK 2021 Sales |
| | JTX 54 | 5/18 | X | X | Plumpe/Marandola | FBL 2021 Brand Margin UK Rpt |
| | JTX 55 | 5/18 | X | X | Plumpe/Marandola | FBL 2022 Brand Margin UK Rpt |
| | JTX 56 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2021 Brand Margin DE Rpt |
| | JTX 57 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2022 Brand Margin DE Rpt |
| | JTX 58 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2021 Brand Margin CH Rpt |
| | JTX 59 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2022 Brand MarginCH Rpt |
| | JTX 60 | 5/18 | X | X | Plumpe/Marandola | FB GmbH 2023 - Jul 2025 P&L Summary |
| | JTX 61 | 5/18 | X | X | Plumpe/Marandola | FB SARL 2023 - Jul 2025 P&L Summary |
| | JTX 62 | 5/18 | X | X | Plumpe/Marandola | FBL 2023 - Jul 2025 P&L Summary |
| | JTX 70 | 5/18 | X | X | Plumpe/Marandola | FB UK 2020 Sales |
| | JTX 71 | 5/18 | X | X | Plumpe/Marandola | FB UK 2022 Jan-Apr Sales |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| JTX 38 | | 5/19 | | X | Makanji/Turk | FB UK 2019 Jun-Dec Sales |
| JTX 70 | | 5/19 | | X | Makanji/Turk | FB UK 2020 Sales |
| 1339 | | 5/19 | X | X | Makanji/Turk | Campbell to Chudley re 90% gross profit on syrup |
| JTX 121 | | 5/19 | | X | Makanji/Turk | Email from J. Snow to K. Scoles, H. Chyla, A. McAuley, M. Cooke re: Slushy Jack's Welcome Pack |
| JTX 39 | | 5/19 | | X | Makanji/Turk | FB UK 2021 Sales |
| JTX 54 | | 5/19 | | X | Makanji/Turk | FBL 2021 Brand Margin UK Report |
| JTX 71 | | 5/19 | | X | Makanji/Turk | FB UK 2022 Jan-Apr Sales |
| JTX 55 | | 5/19 | | X | Makanji/Turk | FBL 2022 Brand Margin UK Report |
| JTX 62 | | 5/19 | | X | Makanji/Turk | FBL 2023 - Jul 2025 P&L Summary |
| | PX 226 | 5/19 | | X | Makanji/Marandola | Email from S. Treacher to K. Stuck re: European 2019 Slush Puppie Royalty Payment |
| | 1339 | 5/19 | | X | Makanji/Marandola | Campbell to Chudley re 90% gross profit on syrup |
| | JTX 121 | 5/19 | | X | Maknaji/Marandola | Email from J. Snow to K. Scoles, H. Chyla, A. McAuley, M. Cooke re: Slushy Jack's Welcome Pack |
| | JTX 70 | 5/19 | | X | Makanji/Marandola | FB UK 2020 Sales |
| 009 | | 5/19 | X | X | Janet/Zalud (deposition) | Photo of SLUSH PUPPiE SLUSHiE MAKER |
| 008 | | 5/19 | X | X | Janet/Zalud (deposition) | Photo of SLUSH PUPPiE pouches |
| 337 | | 5/19 | X | | Janet/Zalud (deposition) | 2019-2020 Licensing Recap |
| 1295 | | 5/19 | X | X | Beaney (deposition) | Slush Puppie presentation printout |
| 1031 | | 5/19 | X | X | Beaney (deposition) | Beaney to Peters re notes on mtg. w/ ICEE |
| 1032 | | 5/19 | X | X | Beaney (deposition) | Every to Fachner re summary of Nov 8 call w/ Beaney |
| 1425 | | 5/19 | | X | Beaney (deposition) | Every to Fachner – FU w/o Prej. |
| | 1066 | 5/19 | X | cond | | House re Willard Call Notes |
| | 1089 | 5/19 | X | X | | Gurbach to Pownall re eDiscovery Questionnaire (redacted) |
| | 1091 | 5/19 | X | X | | Sevier to Conroy re 2000 Doc. |
| | 1127 | 5/19 | X | X | | Email from Splatt Adding New TM Classes to SLUSH PUPPIE Mark |
| | 1128 | 5/19 | X | X | | Splatt Email to Register "SP TM in class 44 in the EU" |
| | 1129 | 5/19 | X | X | | Splatt on Registering "IC" and "SLUSH PUPPIE" Trademarks |
| | 1130 | 5/19 | X | X | | FB Accounting Paying for Splatt TM Applications |
| | 1131 | 5/19 | X | X | | Mewburn to Splatt on Asian TM Filings |
| | 1132 | 5/19 | X | X | | Splatt-Mewburn re POAs for TM Filings |
| | 1141 | 5/19 | X | X | | Cert. of Inc. of a Priv. Ltd. Co.: The IC Drinks Company Limited |
| | 1142 | 5/19 | X | X | | Splatt SP/ICEE Domain Registrations (Compilation) |
| | 1164 | 5/19 | X | | | Redcar to FB re want to continue dealing w Slush Puppie |
| | 1191 | 5/19 | X | X | | Splatt Teams Messages |
| | 1297 | 5/19 | X | X | | SPL Supp'l Resp. to ICEE's 1st RFI |
| | 1298 | 5/19 | X | X | | SPL Supp'l Resp. to ICEE's 1st RFI |
| | 1315 | 5/19 | X | X | | Icee Discovery Request |
| | 1327 | 5/19 | X | cond | | Doc. 32 – SPL Ans to Counterclaims |
| | 1334 | 5/19 | X | X | | Zalud to ICEE on Relinquishing Splatt Marks |
| | 1423 | 5/19 | X | X | | Chat Log Summary: 2021.02.09 |
| | 1441 | 5/19 | X | cond | | Icee's Answer |

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| The Icee Company v. Slush Puppie Limited | | | | | | 1:19-cv-00189 | |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | JTX 64 | 5/19 | X | | | Redshift Slush Puppie Brand Awareness |
| | JTX 66 | 5/19 | X | X | | Mewburn to Splatt on Conflict |
| | JTX 91 | 5/19 | X | | | Email from M. Peters to P. Splatt re: Redshift Research |
| | JTX 94 | 5/19 | X | | | Email from J. Snow to J. Hudson, A. Lynskey, M. Sewell, Customer Services re: RE: YARD CUPS |
| | JTX 100 | 5/19 | X | | | Email from G. Semark to J. Snow, B. Slevin re: RE: Rebranding project to Slushy Jack's - Paultons Park |
| | JTX 106 | 5/19 | X | | | Email to M. Whitton re: RE: Regarding Q&A Slushy Jack's |
| | JTX 122 | 5/19 | X | | | Email from K. Scoles to S. Shale, H. Chyla, M. Sewell, J. Snow, A. Lynskey re: RE: Case # 68387 Assignment: "FW: Slushy Jack's pricing" |
| | JTX 134 | 5/19 | X | X | | Email from M. Whitton to B. Gooch re: SP visuals change of SP elements to Slushy Jacks for Slush Puppie Customer Parque Reunidos |
| | JTX 139 | 5/19 | X | | | Email from H. Lally to N. Phipps, R. MacGregor, L. Peters re: RE: Co op horbury 32253 |
| | PTX 341 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 342 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 343 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 344 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 345 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 346 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 347 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 348 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 349 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 350 | | X | X | | BLUE SQUARE NOMINEES PTY.LTD. Tax Invoice |
| | PTX 351 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 352 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 353 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 354 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 355 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 356 | | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | PTX 357 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 358 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 359 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 360 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 361 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 362 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 363 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 364 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 365 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 366 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 367 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 368 | 5/19 | X | x | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 369 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 370 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 371 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 372 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 373 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 374 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 375 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 376 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | PTX 377 | 5/19 | X | X | | BLUE SQUARE NOMINEES PTY. LTD. Tax Invoice |
| | 1315 | 5/19 | X | X | | ICEE 1st RFI and 5th RFPD |
| | 1445 | 5/19 | X | X | | |
| | 1446 | 5/19 | X | X | | |
| | 1327 | 5/19 | X | cond | | Doc. 32 - SPL Ans. ToCounterclaims |
| | 1075 | 5/19 | X | X | | House to M. Peters w/ 2 Copies of Working Practise |
| | 1079 | 5/19 | X | X | | Suchett-Kaye to Cran forwarding HOWP rec'd from M Peters (redacted) |
| | 1013 | 5/20 | X | X | | Peters to Fachner "Zero Wrights" |
| | 1033 | 5/20 | X | X | | Peters to Fachner re purchase of Frutina and Natfood's Happy Puppie TM. |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
|  | 1065 | 5/20 | X | X |  | House to Peters w/ Leonard Rpt |
|  | 1067 | 5/20 | X | X |  | House re Willard Call Notes |
|  | 1068 | 5/20 | X | X |  | House to McCann re ICEE's Wendsday Metadata Ltr |
|  | 1069 | 5/20 | X | X |  | McCann to House ICEE Wednsday Metadata Ltr |
|  | 1070 | 5/20 | X | X |  | Benesch Chain to M. Peters on Doc. Collection |
|  | 1071 | 5/20 | X | X |  | House Asks McCann About Metadata to Wendsday Email |
|  | 1072 | 5/20 | X | X |  | House to Cran on Wendsday Metadata |
|  | 1073 | 5/20 | X | X |  | House to M. Peters About Wendsday Metadata |
|  | 1074 | 5/20 | X | X |  | House to Cran w/ 2versions of Working Practise |
|  | 1080 | 5/20 | X | X |  | Mark to Zalud re update on recent developments and 2000 lic. agmt. |
|  | 1082 | 5/20 | X | X |  | Avsec to Cran re ICEE's knowledge of 2000 Agmt and paid royalties (redacted) |
|  | 1084 | 5/20 | X | X |  | House to Peters requesting status of IT retrieving email string |
|  | 1085 | 5/20 | X | X |  | House to Peters reinauthentic email and draft ltr. to ICEE's counsel |
|  | 1090 | 5/20 | X | X |  | Pownall to Gurbach recompleted eDiscovery Questionnaire |
|  | 1092 | 5/20 | X | X |  | Mark to Peters re proposed ltr. to Gowling (redacted) w/ metadata rpt. |
|  | 1095 | 5/20 | X | X |  | Cran to Peters re draft K from Cadbury and note re SPL contractual arrangements in Eur (redacted) |
|  | 1097A | 5/20 | X | X |  | Forged version of History of Working Practise |
|  | 1099 | 5/20 | X | X |  | Monday to Wolfsohn recoordinating imagingefforts w/ SPL and proposed vendor |
|  | 1102 | 5/20 | X | X |  | Willard to Turk attaching HW analysis Radcliff, BJ Cork to discuss |
|  | 1103 | 5/20 | X | X |  | Gurbach to House hilighting 2019 Emanuel's advice to SPL preserve all records ID'd in the Questionnaire |
|  | 1105 | 5/20 | X | X |  | Monday to Wolfsohn enc. Suppl. Resp. to ICEE's 1st RFI |
|  | 1106 | 5/20 | X | X |  | Turk to Wolfsohn enc.Thames Valley police rpt. |
|  | 1107 | 5/20 | X | X |  | Radcliff to R. Peters re TM commission |
|  | 1107a | 5/20 | X | X |  | Metadata report to DTX-1107 |
|  | 1108 | 5/20 | X | X |  | Peters to Shale re discuss e-disco. questionnaire |
|  | 1109 | 5/20 | X | X |  | Pownall to Peters rediscuss e-disco. questionnaire |
|  | 1110 | 5/20 | X | X |  | Pownall to Peters re scheduling TC to discuss e-disco. questionnaire |
|  | 1200 | 5/20 | X | X |  | Certificate of Incorporation on Change of Name, Company No. 396263 |
|  | 1228 | 5/20 | X | X |  | Simpson to Norwood re official stmt. for SJ to use in calls and emails |
|  | 1333 | 5/20 | X | X |  | Doc. 134-1 – Slush Puppie Ltd Incorp 8/18/2021 |
|  | 1407 | 5/20 | X | X |  | MP Whilst I am No Lawyer |
|  | 1434 | 5/20 | X | X |  | MP to Fachner re Rodman Steele / Noisy Drinks |
|  | 1435 | 5/20 | X | X |  | Fachner to MP re RodSteele C&D Letter to Noisy Drinks |
|  | 1436 | 5/20 | X | X |  | MP to Fachner re RodSteele C&D Letter to Noisy Drinks |
|  | JTX 23 | 5/20 | X | X |  | Hudson to Norwood fwd. customer and supplier files for branding ltr. |
|  | JTX 78 | 5/20 | X | X |  | Email from M. Peters to D. Fachner, Z. Cooper re: Brand Protection |
|  | JTX 86 | 5/20 | X | X |  | Email from M. Peters to D.Fachner re: RE: Slush Puppie - Frutina and Happy Puppie |
|  | JTX 89 | 5/20 | X | X |  | Email from M. Peters to D.Fachner re: Where we sell Slush Puppie products |

| PTX | DTX | Date Shown (2026) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
|  | JTX 109 | 5/20 | X | X |  | Certificate of Incorporate on Change of Name |
|  | JTX 152 | 5/20 | X | X |  | Splatt Nov. 29, 2021 Invoice |
|  | JTX 156 | 5/20 | X | X |  | Splatt Sept. 1, 2021 Invoice |