**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

THE ICEE COMPANY,

    Counterclaim Plaintiff,

        v.

SLUSH PUPPIE LIMITED,

    Counterclaim Defendant.

Case No. 1:19cv189

Judge Michael R. Barrett

**INTERROGATORIES & VERDICT FORM**

**Wednesday, May 20, 2026**

# YOU MUST UNANIMOUSLY AGREE ON THE ANSWERS TO THE FOLLOWING QUESTIONS:

## INTERROGATORY NO. 1

### UNJUST ENRICHMENT

Did ICEE prove by a preponderance of the evidence that it conferred a benefit of goodwill associated with the SLUSH PUPPIE brand, including reputation, name recognition, and customer association, upon SPL?

*Check one of the two choices*

 Yes: ▮▮▮▮▮       No: _____

## INTERROGATORY NO. 2

### UNJUST ENRICHMENT

Did ICEE prove by a preponderance of the evidence that SPL had knowledge of the benefit of goodwill associated with the SLUSH PUPPIE brand, including reputation, name recognition, and customer association conferred upon it by ICEE?

*Check one of the two choices*

 Yes: ▮▮▮▮▮       No: _____

2

# INTERROGATORY NO. 3

## UNJUST ENRICHMENT

Did ICEE prove by a preponderance of the evidence that SPL's retention of the benefit of goodwill associated with the SLUSH PUPPIE brand, including reputation, name recognition, and customer association, was unjust?

*Check one of the two choices*

 Yes: ███████      No: _____

# INTERROGATORY NO. 4

## UNJUST ENRICHMENT

Has ICEE proven by a preponderance of the evidence that Slush Puppie Limited earned profits as a result of the unjustly retained benefit associated with the SLUSH PUPPIE brand, including reputation, name recognition, and customer association?

*Check one of the two choices*

 Yes: ███████      No: _____

## INTERROGATORY NO. 5

## TRADE MARK INFRINGEMENT – TRADE MARKS ACT 1994, SECTION 10(1)

Did ICEE prove by a preponderance of the evidence that Slush Puppie Limited used the SLUSH PUPPIE sign in the course of trade in the United Kingdom without ICEE's consent after June 25, 2019?

*Check one of the two choices*

Yes: ███████    No: _____

## INTERROGATORY NO. 6

## TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(1)

Did ICEE prove by a preponderance of the evidence that the SLUSH PUPPIE sign used by Slush Puppie Limited was identical to the sign shown in DTX-1008, UK Trade Mark No. UK00003249489?

*Check one of the two choices*

Yes: ███████    No: _____

## INTERROGATORY NO. 7

### TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(1)

Did ICEE prove by a preponderance of the evidence that Slush Puppie Limited used the SLUSH PUPPIE sign in relation to goods that were identical to at least one category of goods listed in DTX-1008, UK Trade Mark No. UK00003249489?

*Check one of the two choices*

Yes: ▮▮▮      No: _____

## INTERROGATORY NO. 8

### TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(3)

Did ICEE prove by a preponderance of the evidence that ICEE's registered SLUSH PUPPIE mark, DTX-1008 (UK Trade Mark No. UK00003249489), had a reputation within the United Kingdom at the relevant time for some, or all, of the goods listed in the registration?

*Check one of the two choices*

Yes: ▮▮▮      No: _____

# INTERROGATORY NO. 9

## TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(3)

Did ICEE prove by a preponderance of the evidence that Slush Puppie Limited used the SLUSH PUPPIE sign in the course of trade without ICEE's consent after June 25, 2019?

*Check one of the two choices*

Yes: ███████        No: _____

# INTERROGATORY NO. 10

## TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(3)

Did ICEE prove by a preponderance of the evidence that the SLUSH PUPPIE sign used by Slush Puppie Limited was identical with, or similar to, the sign shown in DTX-1008, UK Trade Mark No. UK00003249489?

*Check one of the two choices*

Yes: ███████        No: _____

## INTERROGATORY NO. 11

### TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(3)

Did ICEE prove by a preponderance of the evidence that the relevant public, when encountering SPL's use of the SLUSH PUPPIE sign, would make a link or association between the sign and ICEE's registered trade mark shown in DTX-1008?

*Check one of the two choices*

Yes: ▮▮▮  No: _____

## INTERROGATORY NO. 12

### TRADE MARK INFRINGEMENT – U.K. TRADE MARKS ACT 1994, SECTION 10(3)

Did ICEE prove by a preponderance of the evidence that the use by Slush Puppie Limited of the SLUSH PUPPIE sign after June 25, 2019 gave rise to one of the following types of injury:

(a) Detriment to the distinctive character of ICEE's trade mark; or

(b) Detriment to the reputation of ICEE's trade mark; or

(c) Unfair advantage being taken of the distinctive character or reputation of ICEE's trade mark?

*Check one of the two choices*

Yes: ▮▮▮  No: _____

7

## INTERROGATORY NO. 13

### PASSING OFF – U.K. COMMON LAW

Did ICEE prove by a preponderance of the evidence that it had goodwill in the United Kingdom in connection with the SLUSH PUPPIE brand?

*Check one of the two choices*

 Yes ☑         No: _____

## INTERROGATORY NO. 14

### PASSING OFF – U.K. COMMON LAW

Did ICEE prove by a preponderance of the evidence that Slush Puppie Limited made a misrepresentation to the public within the United Kingdom (intentionally or not) which led to, or was likely to lead to, a substantial portion of the relevant public to believe that goods or services offered by Slush Puppie Limited were the goods or services of ICEE or were connected with or authorized by ICEE?

*Check one of the two choices*

Yes ☑         No: _____

8

## INTERROGATORY NO. 15

## PASSING OFF – U.K. COMMON LAW

Did ICEE prove by a preponderance of the evidence that ICEE suffered, or was likely to suffer, damage to the goodwill in the SLUSH PUPPIE brand within the United Kingdom as a result of Slush Puppie Limited's misrepresentation(s)?

*Check one of the two choices*

Yes: ⬛         No: _____

**Our answers to the foregoing Interrogatories are entered unanimously.**

⬛⬛⬛

Foreperson _____     Juror _____

Juror _____     Juror _____

Juror _____     Juror _____

Juror _____     Juror _____

Date: 5/22/20 _____

9

# <u>VERDICT FORM</u>

## Unjust Enrichment

1. Did ICEE prove by a preponderance of the evidence that SPL was unjustly enriched by its use of the SLUSH PUPPIE brand after June 25, 2019?

   Yes: ████████  No: _____

2. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE products after June 25, 2019 through December 31, 2019?

   $ 4,000,000.00

3. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE products from January 1, 2020 through December 31, 2020?
   $ 5,000,000.00

4. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE/Slushy Jack's products from January 1, 2021 through December 31, 2021?
   $ 5,000,000.00

5. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE/Slushy Jack's products from January 1, 2022 through December 31, 2022?
   $ 6,000,000.00

6. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE/Slushy Jack's products from January 1, 2023 through December 31, 2023?
   $ 6,000,000.00

7. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE/Slushy Jack's products from January 1, 2024 through December 31, 2024?
   $ 5,000,000.00

8. If you answered yes to Question 1, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's unjust enrichment for sales of SLUSH PUPPIE/Slushy Jack's products from January 1, 2025 through July 31, 2025?
   $ 2,000,000.00

## Trade Mark Infringement – U.K. Trade Marks Act, Section 10(1)

9. Did ICEE prove by a preponderance of the evidence that SPL committed trademark infringement under the U.K. Trade Marks Act 1994 Section 10(1) by using the trademark SLUSH PUPPIE after June 25, 2019?

Yes: ███████  No: _____

10. If you answered yes to Question 9, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's infringement of the SLUSH PUPPIE trademark?

$ 1,100,000.00

## Trade Mark Infringement – U.K. Trade Marks Act, Section 10(3)

11. Did ICEE prove by a preponderance of the evidence that SPL committed trademark infringement under the U.K. Trade Marks Act 1994 Section 10(3) by using the trademark SLUSH PUPPIE after June 25, 2019?

Yes: ███████  No: _____

12. If you answered yes to Question 11, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's infringement of the SLUSH PUPPIE trademark?

$ 1,100,000.00

## Passing Off

13. Did ICEE prove by a preponderance of the evidence its claim for passing off?

Yes: ███████  No: _____

14. If you answered yes to Question 13, what amount of disgorgement of SPL's profits, if any, do you award to ICEE as a result of SPL's passing off?

$ 1,400,000.00

Executed in Cincinnati, Ohio, on this day of ___ May, 2026.



| | |
|---|---|
| **Foreperson** | **Juror** |
| **Juror** | **Juror** |
| **Juror** | **Juror** |
| **Juror** | **Juror** |