# EXHIBIT G

| Transaction Date | Billed Amount | Narrative |
|---|---|---|
| 2/22/2019 | $186.69 | COLOR PRINTING - INTERNAL EQUITRACUNIQUEID=59544891 EXPORTBATCH=0 EXPORTDATE=022219 UNITID=RICOH PRO USERID=0400 SITEID=0 USER DUPLICATING PHILADELPHIA MADE 381 PRINT(S) ON 02/22/2019 AT 18:44 HRS |
| 2/22/2019 | $186.69 | COLOR PRINTING - INTERNAL EQUITRACUNIQUEID=59544891 EXPORTBATCH=0 EXPORTDATE=022219 UNITID=RICOH PRO USERID=0400 SITEID=0 USER DUPLICATING PHILADELPHIA MADE 381 PRINT(S) ON 02/22/2019 AT 18:44 HRS |
| 3/8/2019 | $45.57 | COLOR PRINTING - INTERNAL EQUITRACUNIQUEID=59847968 EXPORTBATCH=0 EXPORTDATE=030819 UNITID=RICOH PRO USERID=11584 SITEID=0 USER MARANDOLA, TYLER MADE 93 PRINT(S) ON 03/08/2019 AT 15:57 HRS |
| 3/8/2019 | $400.00 | FILING FEES FILING FEES AND RELATED ON 03/08/19 - KENNETH M. ARGENTIERI - FILING FEE FOR NOTICE OF REMOVAL FILED IN SD OHIO |
| 3/8/2019 | $45.57 | COLOR PRINTING - INTERNAL EQUITRACUNIQUEID=59847968 EXPORTBATCH=0 EXPORTDATE=030819 UNITID=RICOH PRO USERID=11584 SITEID=0 USER MARANDOLA, TYLER MADE 93 PRINT(S) ON 03/08/2019 AT 15:57 HRS |
| 3/8/2019 | $400.00 | FILING FEES FILING FEES AND RELATED ON 03/08/19 - KENNETH M. ARGENTIERI - FILING FEE FOR NOTICE OF REMOVAL FILED IN SD OHIO |
| 3/11/2019 | $102.95 | FILING FEES FILING FEES AND RELATED ON 03/11/19 - KENNETH M. ARGENTIERI - FEE FOR EFILING IN HAMILTON COUNTY, OHIO |
| 3/11/2019 | $102.95 | FILING FEES FILING FEES AND RELATED ON 03/11/19 - KENNETH M. ARGENTIERI - FEE FOR EFILING IN HAMILTON COUNTY, OHIO |
| 5/6/2019 | $393.20 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 5/6/2019 | $393.20 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 5/20/2019 | $238.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 5/20/2019 | $238.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 5/21/2019 | $29.81 | OVERNIGHT MAIL PACKAGE SENT TO JOSH CONROY AT WEIGHTMANS - MANCHESTER, LA FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING  #787381490355) |
| 5/21/2019 | $29.81 | OVERNIGHT MAIL PACKAGE SENT TO JOSH CONROY AT WEIGHTMANS - MANCHESTER, LA FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING  #787381490355) |
| 5/22/2019 | $14.15 | OVERNIGHT MAIL PACKAGE SENT TO JIM BALDWIN AT KEURIG DR PEPPER INC. - PLANO, TX FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING #787419841528) |
| 5/22/2019 | $14.15 | OVERNIGHT MAIL PACKAGE SENT TO JIM BALDWIN AT KEURIG DR PEPPER INC. - PLANO, TX FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING #787419841528) |
| 5/23/2019 | $29.81 | OVERNIGHT MAIL PACKAGE SENT TO JOSH CONROY AT WEIGHTMANS - LIVERPOOL, ME FROM KIMBERLY HILL AT  DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING #787440646118) |

| Date | Amount | Description |
|---|---|---|
| 5/23/2019 | $29.81 | OVERNIGHT MAIL PACKAGE SENT TO JOSH CONROY AT WEIGHTMANS - MANCHESTER, LA FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING #787440728074) |
| 5/23/2019 | $29.81 | OVERNIGHT MAIL PACKAGE SENT TO JOSH CONROY AT WEIGHTMANS - LIVERPOOL, ME FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING #787440646118) |
| 5/23/2019 | $29.81 | OVERNIGHT MAIL PACKAGE SENT TO JOSH CONROY AT WEIGHTMANS - MANCHESTER, LA FROM KIMBERLY HILL AT DUANE MORRIS LLP - PHILADELPHIA, PA (TRACKING #787440728074) |
| 6/12/2019 | $228.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 6/12/2019 | $228.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 6/27/2019 | $968.70 | FOREIGN ASSOCIATE FEE - ALL OTHER MATTERS - GOWLING WLG / 1467878; LICENSING DISPUTE CONSULTATION REGARDING POTENTIAL CLAIMS IN UK. |
| 7/24/2019 | $127.89 | COLOR PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=62376928 EXPORTBATCH=0 EXPORTDATE=072419 UNITID=PHL-F0-001 USERID=10739 SITEID=0 USER HILL, KIMBERLY MADE 261 COPIES ON 07/24/2019 AT 11:30 HRS |
| 7/24/2019 | $127.89 | COLOR PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=62376928 EXPORTBATCH=0 EXPORTDATE=072419 UNITID=PHL-F0-001 USERID=10739 SITEID=0 USER HILL, KIMBERLY MADE 261 COPIES ON 07/24/2019 AT 11:30 HRS |
| 7/25/2019 | $114.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 7/25/2019 | $153.30 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 8/28/2 019 FROM PHILADELPHIA, PA TO CINNCINNATI TKT: 74 0417 |
| 7/25/2019 | $393.00 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 8/29/2 019 FROM CINNCINNATI TO NEW YORK TKT: 7404172509 |
| 7/25/2019 | $114.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 7/25/2019 | $153.30 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 8/28/2 019 FROM PHILADELPHIA, PA TO CINNCINNATI TKT: 74 0417 |
| 7/25/2019 | $393.00 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 8/29/2 019 FROM CINNCINNATI TO NEW YORK TKT: 7404172509 |
| 8/27/2019 | $184.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/27/2019 | $184.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 9/5/2019 | $602.00 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 9/5/2019 | $602.00 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 9/16/2019 | $79.20 | LEXIS LEGAL RESEARCH MARANDOLA, TYLER |
| 9/16/2019 | $477.60 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |

| | | |
|---|---|---|
| 9/16/2019 | $79.20 | LEXIS LEGAL RESEARCH MARANDOLA, TYLER |
| 9/16/2019 | $477.60 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 10/31/2019 | $716.00 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 10/31/2019 | $716.00 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 11/14/2019 | $800.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 11/14/2019 | $800.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 12/16/2019 | $114.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 12/16/2019 | $114.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 12/20/2019 | $2,000.00 | EXPERT WITNESS FEE HANDWRITING EXPERT RETAINER |
| 12/20/2019 | $2,000.00 | EXPERT WITNESS FEE HANDWRITING EXPERT RETAINER |
| 1/7/2020 | $179.34 | COLOR PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=65414246 EXPORTBATCH=0 EXPORTDATE=010720 UNITID=PHL-F0-004 USERID=10739 SITEID=0 USER HILL, KIMBERLY MADE 366 COPIES ON 01/07/2020 AT 10:35 HRS |
| 1/7/2020 | $179.34 | COLOR PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=65414246 EXPORTBATCH=0 EXPORTDATE=010720 UNITID=PHL-F0-004 USERID=10739 SITEID=0 USER HILL, KIMBERLY MADE 366 COPIES ON 01/07/2020 AT 10:35 HRS |
| 2/7/2020 | $2,407.05 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 2/24/2 020 FROM LONDON HEATHROW TO NEWARK TKT: 75161430 35 |
| 2/7/2020 | $3,073.00 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 2/22/2 020 FROM PHILADELPHIA, PA TO LONDON HEATHROW TKT : 75 |
| 2/7/2020 | $2,407.05 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 2/24/2 020 FROM LONDON HEATHROW TO NEWARK TKT: 75161430 35 |
| 2/7/2020 | $3,073.00 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 2/22/2 020 FROM PHILADELPHIA, PA TO LONDON HEATHROW TKT : 75 |
| 2/19/2020 | $310.80 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 3/2/20 20 FROM NEW YORK TO CHICAGO TKT: 7516828531 |
| 2/19/2020 | $310.80 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 3/2/20 20 FROM NEW YORK TO CHICAGO TKT: 7516828531 |
| 2/24/2020 | $137.00 | TRAIN TRAVEL - D WOLFSOHN TRANSPORTATION ON 2/25 /2020 FROM NEWARK TO PHILADELPHIA, PA TKT: 95558 3848 |
| 2/24/2020 | $394.53 | TRAVEL AWAY FROM HOME LODGING ON 02/24/20 - DAVID J. WOLFSOHN - HOTEL IN LONDON FOR DEPOSITION |
| 2/24/2020 | $137.00 | TRAIN TRAVEL - D WOLFSOHN TRANSPORTATION ON 2/25 /2020 FROM NEWARK TO PHILADELPHIA, PA TKT: 95558 3848 |
| 2/24/2020 | $394.53 | TRAVEL AWAY FROM HOME LODGING ON 02/24/20 - DAVID J. WOLFSOHN - HOTEL IN LONDON FOR DEPOSITION |

| | | |
|---|---|---|
| 2/28/2020 | $389.80 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 3/15/2 020 FROM PHILADELPHIA, PA TO CHICAGO TKT: 751722 0060 |
| 2/28/2020 | $389.80 | AIR TRAVEL - D WOLFSOHN TRANSPORTATION ON 3/15/2 020 FROM PHILADELPHIA, PA TO CHICAGO TKT: 751722 0060 |
| 3/27/2020 | $1,692.50 | TRANSCRIPTS - DEPOSITIONS RALPH PETERS DEPOSITION TRANSCRIPT |
| 3/27/2020 | $1,741.00 | TRANSCRIPTS - DEPOSITIONS RALPH PETERS DEPOSITION VIDEO |
| 3/27/2020 | $1,692.50 | TRANSCRIPTS - DEPOSITIONS RALPH PETERS DEPOSITION TRANSCRIPT |
| 3/27/2020 | $1,741.00 | TRANSCRIPTS - DEPOSITIONS RALPH PETERS DEPOSITION VIDEO |
| 6/28/2020 | $457.60 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 6/28/2020 | $457.60 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 7/14/2020 | $114.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 7/14/2020 | $114.40 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/5/2020 | $1,627.10 | TRANSCRIPTS - DEPOSITIONS STEVEN EVERY DEPOSITION TRANSCRIPT |
| 8/5/2020 | $1,627.10 | TRANSCRIPTS - DEPOSITIONS STEVEN EVERY DEPOSITION TRANSCRIPT |
| 8/11/2020 | $268.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/11/2020 | $268.80 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/12/2020 | $2,183.20 | TRANSCRIPTS - DEPOSITIONS - EUROPEAN DEPOSITION SERVICES / 2655 |
| 8/12/2020 | $2,183.20 | TRANSCRIPTS - DEPOSITIONS - EUROPEAN DEPOSITION SERVICES / 2655 |
| 8/17/2020 | $93.20 | WESTLAW LEGAL RESEARCH - WOLFSOHN,DAVID J |
| 8/17/2020 | $93.20 | WESTLAW LEGAL RESEARCH - WOLFSOHN,DAVID J |
| 8/24/2020 | $343.20 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/24/2020 | $343.20 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/25/2020 | $353.20 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 8/25/2020 | $353.20 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 9/8/2020 | $1,260.50 | TRANSCRIPTS - DEPOSITIONS KENT GALLOWAY DEPOSITION TRANSCRIPT |
| 9/8/2020 | $1,260.50 | TRANSCRIPTS - DEPOSITIONS KENT GALLOWAY DEPOSITION TRANSCRIPT |

| | | |
|---|---|---|
| 9/9/2020 | $237.50 | TRANSCRIPTS - DEPOSITIONS VIDEO LOOS |
| 9/9/2020 | $455.15 | TRANSCRIPTS - DEPOSITIONS LOOS |
| 9/9/2020 | $572.00 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 9/9/2020 | $1,460.90 | TRANSCRIPTS - DEPOSITIONS MARK PETERS TRANSCRIPTS (7-13-2020) |
| 9/9/2020 | $237.50 | TRANSCRIPTS - DEPOSITIONS VIDEO LOOS |
| 9/9/2020 | $455.15 | TRANSCRIPTS - DEPOSITIONS LOOS |
| 9/9/2020 | $572.00 | WESTLAW LEGAL RESEARCH - MARANDOLA,TYLER R |
| 9/9/2020 | $1,460.90 | TRANSCRIPTS - DEPOSITIONS MARK PETERS TRANSCRIPTS (7-13-2020) |
| 9/15/2020 | $522.50 | TRANSCRIPTS - DEPOSITIONS VIDEO BEANEY |
| 9/15/2020 | $1,088.15 | TRANSCRIPTS - DEPOSITIONS BEANEY |
| 9/15/2020 | $522.50 | TRANSCRIPTS - DEPOSITIONS VIDEO BEANEY |
| 9/15/2020 | $1,088.15 | TRANSCRIPTS - DEPOSITIONS BEANEY |
| 11/10/2020 | $1,508.85 | TRANSCRIPTS - DEPOSITIONS M. PETERS (10-9-2020) |
| 11/10/2020 | $2,682.50 | TRANSCRIPTS - DEPOSITIONS FACHNER (DAY 2) |
| 11/10/2020 | $1,508.85 | TRANSCRIPTS - DEPOSITIONS M. PETERS (10-9-2020) |
| 11/10/2020 | $2,682.50 | TRANSCRIPTS - DEPOSITIONS FACHNER (DAY 2) |
| 11/11/2020 | $543.75 | TRANSCRIPTS - DEPOSITIONS TREACHER |
| 11/11/2020 | $543.75 | TRANSCRIPTS - DEPOSITIONS TREACHER |
| 11/27/2020 | $156.31 | COLOR PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=68242650 EXPORTBATCH=0 EXPORTDATE=112720 UNITID=PHL-F0-001 USERID=10739 SITEID=0 USER HILL, KIMBERLY MADE 319 COPIES ON 11/27/2020 AT 09:20 HRS |
| 11/27/2020 | $172.48 | COLOR PRINTING - INTERNAL EQUITRACUNIQUEID=68242580 EXPORTBATCH=0 EXPORTDATE=112720 UNITID=RICOH PRO USERID=0400 SITEID=0 USER DUPLICATING PHILADELPHIA MADE 352 PRINT(S) ON 11/27/2020 AT 08:59 HRS |
| 11/27/2020 | $156.31 | COLOR PRINTING & DUPLICATING - INTERNAL EQUITRACUNIQUEID=68242650 EXPORTBATCH=0 EXPORTDATE=112720 UNITID=PHL-F0-001 USERID=10739 SITEID=0 USER HILL, KIMBERLY MADE 319 COPIES ON 11/27/2020 AT 09:20 HRS |

| | | |
|---|---|---|
| 11/27/2020 | $172.48 | COLOR PRINTING - INTERNAL EQUITRACUNIQUEID=68242580 EXPORTBATCH=0 EXPORTDATE=112720 UNITID=RICOH PRO USERID=0400 SITEID=0 USER DUPLICATING PHILADELPHIA MADE 352 PRINT(S) ON 11/27/2020 AT 08:59 HRS |
| 12/21/2020 | $891.80 | TRANSCRIPTS - DEPOSITIONS DANIEL FACHNER DEPOSITION - DAY 2 |
| 12/21/2020 | $891.80 | TRANSCRIPTS - DEPOSITIONS DANIEL FACHNER DEPOSITION - DAY 2 |
| 2/3/2021 | $1,045.00 | TRANSCRIPTS - DEPOSITIONS MARK PETERS VIDEO (10-09-2020) |
| 2/3/2021 | $1,045.00 | TRANSCRIPTS - DEPOSITIONS MARK PETERS VIDEO (10-09-2020) |
| 5/25/2021 | $1,946.38 | ACCRUED COSTS RALPH PETERS DEPOSITION TRANSCRIPT/VIDEO |
| 5/25/2021 | $2,002.15 | ACCRUED COSTS RALPH PETERS DEPOSITION TRANSCRIPT/VIDEO |
| 5/25/2021 | $1,946.38 | ACCRUED COSTS RALPH PETERS DEPOSITION TRANSCRIPT/VIDEO |
| 5/25/2021 | $2,002.15 | ACCRUED COSTS RALPH PETERS DEPOSITION TRANSCRIPT/VIDEO |
| 6/17/2021 | $1,132.70 | ACCRUED COSTS LAURA PETERS DEPOSITION TRANSCRIPT |
| 6/17/2021 | $1,132.70 | ACCRUED COSTS LAURA PETERS DEPOSITION TRANSCRIPT |
| 8/19/2021 | $522.50 | TRANSCRIPTS - DEPOSITIONS MARK PETERS VIDEO SYNCH |
| 8/19/2021 | $522.50 | TRANSCRIPTS - DEPOSITIONS MARK PETERS VIDEO SYNCH |
| **SUM** | **$83,827.54** | |