

Eric L. Zalud
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Direct Dial: 216.363.4178
Fax: 216.363.4588
ezalud@beneschlaw.com

July 17, 2026

**VIA CM/ECF FILING SYSTEM**
The Honorable Michael R. Barrett
United States District Court for the
Southern District of Ohio
Potter Steward U.S. Courthouse
100 East Fifth Street, Room 239
Cincinnati, OH 45202
Barrett_chambers@ohsd.uscourts.gov

      Re:    ***Slush Puppie Limited v. The ICEE Company***
              Case No. 1:19-cv-00189

Dear Judge Barrett:

I write to inform the Court that on or about August 9, 2026 SPL will be making its regular monthly salary payment to Mark Peters in his role as director of the company, in the amount of €77,250 as an ordinary and necessary expenditure to preserve the business as per Paragraph 3 of Doc. #504. (Without waver of any SPL's procedural or substantive rights as to the extant Order). Thank you.

                       BENESCH, FRIEDLANDER,
                        COPLAN & ARONOFF LLP

                       Eric L. Zalud

ELZ/jvf

cc:    David Wolfsohn (via email)
       Tyler Marandola (via email)
       Jennifer Turk (via email)
       Sarah Schenider (via email)