## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **SLUSH PUPPIE LIMITED,** ) | |
| ) | |
| **Plaintiff/Counter-** ) | **Case No: 1:19-cv-00189-MRB** |
| **Defendant,** ) | |
| ) | **JUDGE MICHAEL R. BARRETT** |
| **v.** ) | |
| ) | **MAGISTRATE JUDGE BOWMAN** |
| **THE ICEE COMPANY,** ) | |
| ) | |
| **Defendant/Counter-** ) | |
| **Plaintiff.** ) | |
| ) | |

**SLUSH PUPPIE LIMITED'S OPPOSITION TO DECLARATION OF DAVID J. WOLFSOHN IN SUPPORT OF ICEE'S PETITION FOR ATTORNEYS' FEES AND COSTS AWARDED PURSUANT TO THIS COURT'S FEBUARY 18, 2026 ORDER GRANTING MOTION FOR SANCTIONS (DOC. 417)**

**TABLE OF CONTENTS**

I.      LEGAL STANDARD ................................................................................ 5

II.    THE PETITION SEEKS FEES BEYOND THE SUBSTANTIVE
      AND TEMPORAL SCOPE AUTHORIZED BY DOC. 417 ......................................... 5

      A.      Exhibit E and Exhibit F are Entirely Outside the December
            2, 2020 Cutoff. ................................................................................ 29

      B.      The Declaration's Description of "Removed" Categories of
            Fees is Contradicted by the Billing Records Themselves. ............................... 29

III.   THE BILLING RECORDS CONTAIN DUPLICATIVE ITEMS
      THAT INFLATE THE REQUESTED RELIEF FOR COSTS BY
      DOUBLE ......................................................................................... 30

IV.   CONCLUSION ................................................................................... 32

2

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Hensley v. Eckerhart,*
    461 U.S. 424 (1983)................................................................................................3

*Ne. Ohio Coal. for the Homeless v. Husted,*
    831 F.3d 686 (6th Cir. 2016) .................................................................................3

*Richard v. Caliber Home Loans, Inc.,*
    832 Fed. Appx. 940 (6th Cir. 2020).....................................................................31

Plaintiff/Counter-Defendant Slush Puppie Limited ("SPL") opposes the Declaration of David J. Wolfsohn in Support of ICEE's Petition for Attorney's Fees and Costs Awarded Pursuant to This Court's February 18, 2026 Order Granting Motion for Sanctions (Doc. 417) (the "Declaration") (Doc. 493).  SPL contests Mr. Wolfsohn's Declaration on several grounds.

*First*, the Declaration seeks fees exceeding both the substantive and temporal scopes of this Court's sanctions Order.  (Doc. 417.)  The Court granted The ICEE Company ("ICEE") its reasonable fees and costs "incurred through" December 2, 2020 for "time spent uncovering Mark Peters' forgeries."  (Doc. 417 at PAGEID 20562.)  ICEE's Declaration includes fees incurred well beyond December 2, 2020 and unrelated to "uncovering Mark Peters' forgeries."  Indeed, ICEE concedes as much.  (Doc. 493 at PAGEID 23940) ("These fees were incurred after the filing of the reply brief in support of the motion for sanctions.")  The Court should reduce the fee award accordingly.

*Second*, the requested fees contradict Mr. Wolfsohn's own representations in his Declaration.  Mr. Wolfsohn attested that he "removed entries reflecting amounts billed for the types of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.)  He further stated: "I removed fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report.  I also removed fees relating to ICEE's counterclaims." (*Id.*)  Yet these amounts remain in Exhibit D to the Declaration. (Doc 493-4.)  Specifically, eight entries from May 8, 2019 through May 20, 2019 expressly reference the Rule 26(f) conference and report.  (Doc. 493-4 at PAGEID 24135.)  This inconsistency undermines counsel's credibility regarding the self-curation of ICEE's fee and cost records and raises serious questions about whether other purportedly excluded categories were, in fact, removed.

*Third*, Exhibit G (Doc. 493-7) contains a pervasive, apparently systemic duplication: nearly every cost line item appears twice, with identical dates, amounts, and narratives, throughout the entire exhibit. This pattern indicates a spreadsheet or export error that has doubled the true cost figure. Either way, the $83,827.54 cost total is unreliable and the Court should not accept it at face value. This error further undermines the accuracy of the entire fee and cost submission—which Mr. Wolfsohn testified he prepared over 16.6 hours at a total cost of $15,521. (*See* Doc. 493 at PAGEID 23492.)

Accordingly, ICEE has failed to carry its burden to establish the reasonableness and relatedness of substantial portions of its $908,276.95 request. At minimum, $347,511.29 should be reduced based on $59,891.69 in discrepancies in Exhibit D (Doc. 453-4), $245,221.48 added contrary to the Order's explicit scope in Exhibits E (Doc. 453-5) and F (Doc. 453-6), and $42,398.12 in errors in Exhibit G (Doc. 453-7). Because ICEE has not satisfied its burden, the Court should exercise its discretion to reduce ICEE's requested fees by *at least* **$347,511.29.**

## I.      LEGAL STANDARD

The fee applicant bears "the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates." *Hensley v. Eckerhart*, 461 U.S. 424, 427 (1983). District courts need not "'achieve auditing perfection' but instead must simply [ ] do 'rough justice.'" *Ne. Ohio Coal. for the Homeless v. Husted*, 831 F.3d 686, 703 (6th Cir. 2016) (quoting *Fox v. Vice*, 563 U.S. 826, 838 (2011)).

## II.     THE PETITION SEEKS FEES BEYOND THE SUBSTANTIVE AND TEMPORAL SCOPE AUTHORIZED BY DOC. 417.

The Court's February 18, 2026 Opinion & Order (Doc. 417) (the "Order") granted ICEE's motion for sanctions against SPL and awarded ICEE "its reasonable attorneys' fees (and costs) incurred through the filing of its reply in support of sanctions (Doc. 87) on December 2, 2020,"

plus "the fees (and any costs) incurred to submit a fee application to the Court." (Doc. 417 at PAGEID 20562.)  The Court's discussion expressly tied the award to "time spent uncovering Mark Peters' forgeries." (*Id.*)  This is a narrow, conduct-specific, and time-bounded award.  Any fees or costs incurred after December 2, 2020 (other than fee-petition preparation), or for work unrelated to uncovering the forged 2000 Appointment, the fabricated "History of working practise," or the "Wendsday" email, exceed the Order's scope.  The Declaration includes numerous such charges, including work related to settlement discussions, the Fed. R. Civ. P. 26(f) report, trademark license issues that persisted until trial, SPL's discovery requests, and routine administrative tasks, including docketing and discovery platform management.

Specifically, SPL contests the following entries contained in Exhibit D (Doc 493-4):

| DATE | TIMEKEEPER | HOURS BILLED | TIME BILLED | NARRATIVE | SPL OBJECTION |
|---|---|---|---|---|---|
| 3/11/2019 | ARGENTIERI, KENNETH M. | 0.40 | 318.00 | REVIEW AND ANALZE PROPOSED SETTLEMENT AND REQUEST FOR EXTENTION OF TIME TO RESPOND TO COMPLAINT; FORWARD ACKNOWLEDGEMENTS FROM HAMILTON COUNTY REGARDING FILING OF NOTICE OF NOTICE OF INTENT TO REMOVE TO FEDERAL COURT | Settlement has no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/28/2019 | WOLFSOHN, DAVID J. | 0.20 | 199.00 | REVIEW SETTLEMENT OFFER FROM SPL. | Settlement has no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 4/8/2019 | WOLFSOHN, DAVID J. | 0.50 | 497.50 | DRAFT EMAIL TO OPPOSING COUNSEL RE SETTLEMENT; EMAIL DISCUSSION RE SAME. | Settlement has no connection to Order; represents a type of work that would have been performed even if |

6

| | | | | | the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 4/24/2019 | WOLFSOHN, DAVID J. | 0.30 | 298.50 | REVIEW SETTLEMENT LETTER FROM M. GURBACH; EMAIL DISCUSSION W/ CLIENTS RE SAME. | Settlement has no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 5/8/2019 | MARANDOLA, TYLER | 0.40 | 184.00 | REVIEW RULES ON DEFAULT LOCATION FOR DEPOSITIONS IN PREPARATION FOR RULE 26(F) CONFERENCE AND REPORT | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed. (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/9/2019 | KLINE, KAREN C. | 0.30 | 158.18 | REVIEW PRIOR OBJECTIONS AND CORRESPONDENCE REGARDING SLUSH PUPPIE LIMITED MERCHANDISE. | Merchandise is unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 5/15/2019 | MARANDOLA, TYLER | 0.80 | 368.00 | PARTICIPATE IN RULE 26(F) CONFERENCE WITH M. GURBACH AND D. WOLFSOHN | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed. (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/15/2019 | MARANDOLA, TYLER | 0.50 | 230.00 | CONFER WITH D. WOLFSOHN RE:PREPARATION FOR RULE 26(F) CALL; | Declaration claims "fees relating to the negotiations and drafting of the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | REVIEW JUDGE'S ORDERS AND PROCEDURES | confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/15/2019 | MARANDOLA, TYLER | 1.40 | 644.00 | PREPARE DRAFT RULE 26(F) REPORT BASED ON PARTIES' DISCUSSIONS | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/17/2019 | MARANDOLA, TYLER | 0.50 | 230.00 | MAKE REVISIONS TO JOINT RULE 26(F) REPORT | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/20/2019 | MARANDOLA, TYLER | 1.90 | 874.00 | RESEARCH LAW RE:ASSUMPTION OF TRADEMARK LICENSE OBLIGATIONS THROUGH ASSET PURCHASE AGREEMENT | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 5/20/2019 | MARANDOLA, TYLER | 0.10 | 46.00 | PARTICIPATE IN CALL WITH OPPOSING COUNSEL RE:26(F) REPORT | Declaration claims "fees relating to the negotiations and drafting of the |

8

| | | | | | |
|---|---|---|---|---|---|
| | | | | | confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/20/2019 | MARANDOLA, TYLER | 1.80 | 828.00 | DRAFT RULE 26(A) DISCLOSURES FOR ICEE | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 5/20/2019 | WOLFSOHN, DAVID J. | 0.50 | 497.50 | EDIT RULE 26(F) REPORT; DISCUSS W/ OPPOSING COUNSEL. | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/20/2019 | WOLFSOHN, DAVID J. | 0.20 | 199.00 | REVIEW PLAINTIFF'S EDITS TO RULE 26(F) REPORT AND RESPOND. | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 5/28/2019 | MARANDOLA, TYLER | 0.80 | 368.00 | REVISION OF RULE 26(A) DISCLOSURES; CORRESPONDENCE WITH D. WOLFSOHN RE:SAME | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

| 6/12/2019 | MARANDOLA, TYLER | 1.60 | 736.00 | REVIEW CASE LAW AND PREPARE POTENTIAL ARGUMENTS FOR EARLY SUMMARY JUDGMENT MOTION | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/14/2019 | MARANDOLA, TYLER | 2.40 | 1,104.00 | REVIEW SPL REQUESTS FOR PRODUCTION; BEGIN PREPARING RESPONSE TO SAME | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/17/2019 | WOLFSOHN, DAVID J. | 0.20 | 199.00 | REVIEW SPUK'S INITIAL DISCLOSURES. | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/19/2019 | WOLFSOHN, DAVID J. | 1.60 | 1,592.00 | REVIEW 1996 AND 1999 AGREEMENTS FOR TERMINATION RIGHTS, OBLIGATIONS AFTER TERMINATION; DRAFT TERMINATION LETTER. | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/19/2019 | WOLFSOHN, DAVID J. | 0.20 | 199.00 | TC W/ M. ROSHKOFF RE WHAT DOCUMENTS TO COLLECT TO RESPOND TO SPUK'S DOCUMENT REQUESTS. | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/24/2019 | MARANDOLA, TYLER | 0.60 | 276.00 | DRAFT RESPONSES TO REQUESTS FOR PRODUTION OF DOCUMENTS | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

| 6/27/2019 | MARANDOLA, TYLER | 0.30 | 138.00 | FINALIZE DRAFT OF RESPONSES TO DOCUMENT REQUESTS; CONFER WITH D. WOLFSOHN RE:SAME | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 7/1/2019 | MARANDOLA, TYLER | 4.30 | 1,978.00 | PREPARE FOR STATUS CONFERENCE BY REVIEWING BRIEFING AND CASE LAW RELATING TO MOTION TO REMAND; REVIEW PARTIES' DISPUTES OVER SCHEDULING AS REFLECTED IN RULE 26(F) REPORT | Declaration claims "fees relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed.  (Doc 493 at PAGEID 23490.) Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (*Id.*) |
| 7/12/2019 | WOLFSOHN, DAVID J. | 0.40 | 398.00 | EDIT RESPONSES TO SPUK'S DISCOVERY REQUESTS. | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/15/2019 | WOLFSOHN, DAVID J. | 1.20 | 1,194.00 | EDIT RESPONSES TO DOCUMENT REQUESTS. | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/15/2019 | MARANDOLA, TYLER | 0.00 | 0.00 | CALL WITH M. ROSHKOFF RE:DOCUMENT COLLECTION | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

11

| 7/15/2019 | MARANDOLA, TYLER | 0.00 | 0.00 | PROOFREAD AND MAKE REVISIONS TO RESPONSES TO REQUESTS FOR PRODUCTION | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 7/30/2019 | MARANDOLA, TYLER | 0.30 | 138.00 | ANALYZE AND ORGANIZE DOCUMENTS FOR PRODUCTION | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/1/2019 | MARANDOLA, TYLER | 0.60 | 276.00 | REVIEW, TAG, AND ORGANIZE DOCUMENTS FOR DOCUMENT PRODUCTION | Discovery from SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/7/2019 | MARANDOLA, TYLER | 2.60 | 1,196.00 | ORGANIZE AND REVIEW DOCUMENTS FOR PRODUCTION | Discovery from SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/12/2019 | MARANDOLA, TYLER | 2.40 | 1,104.00 | ANALYZE AND PREPARE DOCUMENTS FOR PRODUCTION | Discovery from SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/13/2019 | MARANDOLA, TYLER | 5.10 | 2,346.00 | ANALYZE AND PREPARE DOCUMENTS FOR PRODUCTION | Discovery from SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/14/2019 | WOLFSOHN, DAVID J. | 3.80 | 3,781.00 | DRAFT SETTLEMENT CONFERENCE MEMO FOR JUDGE BARRETT. | Settlement discussions have no connection to Order; represents a type of work that would |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/15/2019 | WOLFSOHN, DAVID J. | 2.20 | 2,189.00 | DRAFT SETTLEMENT CONFERENCE MEMO TO COURT. | | Settlement discussions have no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/15/2019 | KLINE, KAREN C. | 0.50 | 263.63 | REVIEW DRAFT SETTLEMENT CONFERENCE MEMO; PROVIDE ADDITIONAL INFORMATION D. WOLFSOHN FOR SAME. | | Settlement discussions have no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/15/2019 | MARANDOLA, TYLER | 1.90 | 874.00 | REVIEW DRAFT MEDIATION STATEMENT; MAKE COMMENTS AND REVISIONS TO SAME AND CONFER WITH D. WOLFSOHN RE:SAME | | Settlement discussions have no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/16/2019 | WOLFSOHN, DAVID J. | 0.30 | 298.50 | TC W/ DAN FACHNER & M. SCHREIBER RE SETTLEMENT CONFERENCE MEMO, STRATEGY FOR SETTLEMENT CONFERENCE. | | Settlement discussions have no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/19/2019 | WOE, WIYONO | 0.50 | 157.50 | COPYING DATA FROM CLIENTS. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT DATA TO RELATIVITY AND UPDATING THE INDEXING.; | | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

| 8/23/2019 | WOLFSOHN, DAVID J. | 0.70 | 696.50 | TC W/ JUDGE BARRETT RE SETTLEMENT NEGOTIATIONS. | Settlement discussions have no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 8/27/2019 | WOE, WIYONO | 0.30 | 94.50 | COPYING DATA FROM CLIENTS. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT DATA TO RELATIVITY AND UPDATING THE INDEXING. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/27/2019 | MARANDOLA, TYLER | 1.40 | 644.00 | REVIEW LAW RE:ASSIGNMENT OF TRADEMARKS ENCUMBERED BY LICENSES TO ASSESS POTENTIAL SPL ARGUMENTS | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/27/2019 | WOLFSOHN, DAVID J. | 1.50 | 1,492.50 | CONFERENCE CALL W/ COURT RE SETTLEMENT NEGOTIATIONS; FOLLOWUP W/ CLIENTS RE SAME. | Settlement discussions have no connection to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/28/2019 | MARANDOLA, TYLER | 1.60 | 736.00 | REVIEW DOCUMENTS AND CASE LAW RE:ASSIGNMENT OF TRADEMARKS ENCUMBERED BY LICENSES TO ASSESS POTENTIAL SPL ARGUMENTS; CONFER WITH D. WOLFSOHN RE:SAME | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/28/2019 | WOLFSOHN, DAVID J. | 1.60 | 1,592.00 | REVIEW CASE LAW RE ASSIGNMENTS OF TRADEMARKS; DISCUSS DISCOVERY | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of |

14

| | | | | | |
|---|---|---|---|---|---|
| | | | | STRATEGY W/ T. MARANDOLA. | work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/4/2019 | MARANDOLA, TYLER | 2.60 | 1,196.00 | LEGAL RESEARCH RE:ASSIGNMENT OF CONTRACT WITH NO SUCCESSORS AND ASSIGNS CLAUSE AND EFFECT OF FAILING TO RECORD LICENSE AGREEMENT IN THE UNITED KINGDOM | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/5/2019 | MARANDOLA, TYLER | 3.20 | 1,472.00 | REVIEW UK LEGAL REQUIREMENTS RE:LICENSING; REVIEW US CASE LAW RE:APPLICATION OF FOREIGN LEGAL REQUIREMENTS TO TRADEMARK LICENSES GOVERNED BY US LAW; CONFER WITH D. WOLFSOHN RE:SAME | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/12/2019 | WOE, WIYONO | 0.30 | 94.50 | IMPORTING ICEE OR SPL 1ST PRODUCTION INTO THE DB. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/16/2019 | MARANDOLA, TYLER | 4.50 | 2,070.00 | LEGAL RESEARCH RE:BONA FIDE PURCHASER FOR VALUE OF TRADEMARKS AND CONTRACT ASSIGNMENT PRINCIPLES | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/18/2019 | MARANDOLA, TYLER | 0.60 | 276.00 | ORGANIZE DOCUMENTS RE:EARLY COMMUNICATIONS WITH SPL CONCERNING TRADEMARK | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if |

| | | | | | |
|---|---|---|---|---|---|
| | | | | LICENSING ARRANGEMENT | the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/3/2019 | MARANDOLA, TYLER | 0.70 | 322.00 | LEGAL RESEARCH RE:BONA FIDE PURCHASER RULE AND EXCLUSIVE TRADEMARK LICENSEES | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/4/2019 | MARANDOLA, TYLER | 2.80 | 1,288.00 | LEGAL RESEARCH RE:APPLICABILITY OF OHIO DECEPTIVE TRADE PRACTICES ACT AND BONA FIDE PURCHASER DEFENSE TO TRADEMARK LICENSE | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/10/2019 | WOE, WIYONO | 0.30 | 94.50 | CREATING A BISCOM PACKAGE, FOR THE CLIENT TO UPLOAD NEW DATA | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/11/2019 | WOE, WIYONO | 1.00 | 315.00 | DOWNLOADING ADVERSE PRODUCTION. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, GENERATING OCR TEXT AND IMPORT DATA TO RELATIVITY AND UPDATING THE INDEXING. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/14/2019 | WOE, WIYONO | 2.00 | 630.00 | DOWNLOADING AND COPYING DATA FROM CLIENTS VIA BISCOM. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT DATA TO RELATIVITY AND | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | UPDATING THE INDEXING. | |
| 10/16/2019 | WOE, WIYONO | 0.60 | 189.00 | EXTRACTING CUSTODIAN INFORMATION FOR OVERLAYING INTO THE CUSTODIAN FIELD IN THE DATABASE. MODIFYING EMAIL ADDRESSES INTO A PROPER CUSTODIAL NAME. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/23/2019 | WOE, WIYONO | 0.30 | 94.50 | IMAGING RESPONSIVE DOCS FOR REDACTION PURPOSES. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/25/2019 | WOE, WIYONO | 0.30 | 94.50 | CREATING A SAVED SEARCH FOR PRE-PRODUCTION | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/28/2019 | WOE, WIYONO | 2.00 | 630.00 | CREATING PRODUCTION ICEESPL_0003 SET AND IMAGING THE DOCS. RUN SEARCHES, IMAGING DOCS, EXCLUDE PRIVILEGE TAGS, CHECKING THE REDACTION DOCS AND OCR TEXT, FOR PRODUCTION OF ICEESPL_001337 - ICEESPL_006612, CONFIRM PRODUCTION FORMAT REQUIREMENTS WITH LEGAL TEAM. PREPARING BISCOM PACKAGE TO DELIVER PRODUCTION SET. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/30/2019 | WOE, WIYONO | 0.30 | 94.50 | CREATING A PRODUCTION | Administrative work unrelated to Order; represents a type of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | PRIVILEGE LOG, PER LEGAL TEAM REQUEST | work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 11/6/2019 | WOE, WIYONO | 0.80 | 252.00 | CREATING PRODUCTION ICEESPL_0004 SET AND IMAGING THE DOCS. RUN SEARCHES, IMAGING DOCS, EXCLUDE PRIVILEGE TAGS, CHECKING THE REDACTION DOCS AND OCR TEXT, FOR PRODUCTION OF ICEESPL_006613 - 6634, CONFIRM PRODUCTION FORMAT REQUIREMENTS WITH LEGAL TEAM. PREPARING BISCOM PACKAGE TO DELIVER PRODUCTION SET. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 11/14/2019 | MARANDOLA, TYLER | 0.40 | 184.00 | FINALIZE AND SEND FOIA REQUEST TO COPYRIGHT OFFICE | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 11/20/2019 | WOE, WIYONO | 0.30 | 94.50 | CREATING A CUSTOM LOAD FILE FOR ICEESPL001-004, PER LEGAL TEAM REQUEST | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 12/16/2019 | MARANDOLA, TYLER | 0.40 | 184.00 | REVIEW AMENDED AND SUPPLEMENTAL COMPLAINT FILED BY SLUSH PUPPIE LIMITED | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 12/17/2019 | WOLFSOHN, DAVID J. | 1.30 | 1,293.50 | ANALYZE AMENDED COMPLAINT; DISCUSS FOLLOWUP W/ T. MARANDOLA. | Represents a type of work that would have been performed even if the claims asserted |

18

| | | | | | |
|---|---|---|---|---|---|
| | | | | | were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 12/17/2019 | MARANDOLA, TYLER | 0.40 | 184.00 | CONFER WITH D. WOLFSOHN RE:STRATEGY FOR RESPONDING TO AMENDED COMPLAINT | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 1/1/2020 | WOLFSOHN, DAVID J. | 1.20 | 1,272.00 | DRAFT ANSWER TO AMENDED COMPLAINT. | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 2/5/2020 | WOE, WIYONO | 0.50 | 160.00 | CREATING PRODUCTION ICEESPL_0003 REV SET AND IMAGING THE DOCS. RUN SEARCHES, IMAGING DOCS, EXCLUDE PRIVILEGE TAGS, CHECKING THE REDACTION DOCS AND OCR TEXT, FOR PRODUCTION OF ICEESPL_002029 TO ICEESPL_002035, CONFIRM PRODUCTION FORMAT REQUIREMENTS WITH LEGAL TEAM. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 2/12/2020 | MARANDOLA, TYLER | 0.60 | 315.00 | REVIEW NEW SPL DISCOVERY AND MAKE NOTES RE:SAME | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 2/20/2020 | WOE, WIYONO | 1.00 | 320.00 | COPYING AND CREATING COSTUMED LOAD FILES TO IMPORT SP003 AND SP004 PRODUCTION INTO THE DB. UPDATING THE INDEX AS WELL. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

19

| 2/25/2020 | MARANDOLA, TYLER | 2.90 | 1,522.50 | REVIEW OF ICEE LICENSE AGREEMENTS IN UK AND EUROPE; CORRESPONDENCE WITH M. ROSHKOFF AND D. FACHNER RE:RESPONSES TO INTERROGATORIES | Trademark license unrelated to Order and remained issue through Trial of this matter; similarly, responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 3/2/2020 | MARANDOLA, TYLER | 0.30 | 157.50 | DRAFT SUPPLEMENTAL DISCOVERY TARGETING ROYALTY AND PROFIT INFORMATION | This type of discovery represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/3/2020 | MARANDOLA, TYLER | 1.40 | 735.00 | DRAFT OBJECTIONS AND RESPONSES TO SPL 30(B)(6) NOTICE AND INTERROGATORIES | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/3/2020 | MARANDOLA, TYLER | 0.70 | 367.50 | DRAFT REQUESTS FOR ADMISSION AND REQUESTS FOR PRODUCTION RELATED TO SPL DAMAGES | This type of discovery represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/3/2020 | WOE, WIYONO | 0.50 | 160.00 | CREATING A TEXTMAP DB AND SETTING UP USERS SECURITY ACCESS. UPLOADING, LINKING AND SYNCING TRANSCRIPT AND THE EXHIBITS OF RALPH PETERS. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/4/2020 | MARANDOLA, TYLER | 1.40 | 735.00 | DRAFT OBJECTIONS AND RESPONSES TO SPL 30(B)(6) NOTICE AND INTERROGATORIES | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not |

20

| | | | | | |
|---|---|---|---|---|---|
| | | | | | meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/4/2020 | WOE, WIYONO | 0.30 | 96.00 | UPDATING THE TRANSCRIPT AND THE EXHIBITS OF RALPH PETERS, INTO THE TEXTMAP DB. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/5/2020 | MARANDOLA, TYLER | 0.20 | 105.00 | REVISE RESPONSES AND OBJECTIONS TO SPL 30(B)(6) NOTICE | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/9/2020 | MARANDOLA, TYLER | 2.10 | 1,102.50 | DRAFT RESPONSES TO SPL'S REQUESTS FOR PRODUCTION AND INTERROGATORIES | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/10/2020 | MARANDOLA, TYLER | 2.30 | 1,207.50 | REVIEW AND TAG DOCUMENTS FOR PRODUCTION; DRAFT RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/12/2020 | MARANDOLA, TYLER | 1.90 | 997.50 | DRAFT RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS; CONFER WITH D. LAUDER AND M. ROSHKOFF RE:SAME | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/13/2020 | WOLFSOHN, DAVID J. | 2.20 | 2,332.00 | EDIT RESPONSES TO DOCUMENT REQUESTS AND INTERROGATORIES; | Responding to discovery issued by SPL represents a type of work that would |

21

| | | | | | |
|---|---|---|---|---|---|
| | | | | DISCUSS W/ T. MARANDOLA. | have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/13/2020 | MARANDOLA, TYLER | 1.20 | 630.00 | PROOFREAD, REVISE, FINALIZE, AND SERVE ICEE'S RESPONSES AND OBJECTIONS TO SPL'S INTERROGATORIES AND DOCUMENT REQUESTS | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 3/13/2020 | MARANDOLA, TYLER | 0.40 | 210.00 | CONFER WITH D. WOLFSOHN RE:REVISIONS TO RESPONSES TO SPL INTERROGATORIES AND DOCUMENT REQUESTS | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/23/2020 | WOE, WIYONO | 0.70 | 224.00 | COPYING ADVERSE PRODUCTION - FROM SPL. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT SP003866 - SP003902 DATA TO RELATIVITY AND UPDATING THE INDEXING. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 6/29/2020 | WOE, WIYONO | 0.50 | 160.00 | GENERATING ADVERSE PRODUCTION - SPL004 + SPL006 FOR LEGAL TEAM REVIEW. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/6/2020 | WOLFSOHN, DAVID J. | 0.60 | 636.00 | REVIEW LETTER REQUESTING DEPO OF J. SCHREIBER; REVIEW EMAILS INVOLVING J. SCHREIBER THAT WERE PRODUCED, APA; DISCUSS W/ M. ROSHKOFF; REVIEW CASES RE "APEX" | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

22

| | | | | | |
|---|---|---|---|---|---|
| | | | | DOCTRINE & DEPOS OF CEOS. | |
| 7/6/2020 | MARANDOLA, TYLER | 0.70 | 367.50 | REVIEW LETTER FROM OPPOSING COUNSEL RE:SCHREIBER DEPOSITION; CONDUCT SEARCH RE:DOCUMENTS MENTIONING SCHREIBER IN DATABASE | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/10/2020 | WOLFSOHN, DAVID J. | 1.40 | 1,484.00 | REVIEW DOCUMENTS PRODUCED BY SPL RELATED TO THEIR CLAIMED DAMAGES. | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/7/2020 | WOE, WIYONO | 0.50 | 160.00 | LOADING AND LINKING THE TRANSCRIPT AND THE EXHIBITS OF MARK PETERS, INTO THE TEXTMAP DB. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/10/2020 | WOE, WIYONO | 0.70 | 224.00 | COPYING ADVERSE PRODUCTION - FROM SPL. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT SP004903 - SP005585 DATA TO RELATIVITY AND UPDATING THE INDEXING. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 7/14/2020 | WOE, WIYONO | 0.30 | 96.00 | COPYING THE TRIAL VIDEO FILES OF MARK PETERS, TO THE IP DRIVE | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

| 8/8/2020 | MARANDOLA, TYLER | 1.80 | 945.00 | DRAFT RESPONSES AND OBJECTIONS TO SPL INTERROGATORIES AND REQUESTS FOR PRODUCTION | Responding to discovery issued by SPL represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 8/11/2020 | WOE, WIYONO | 0.80 | 256.00 | COPYING ADVERSE PRODUCTION 008 + 009 - FROM SPL. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT SP005586 - SP005766 DATA TO RELATIVITY AND UPDATING THE INDEXING. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/11/2020 | WOE, WIYONO | 0.50 | 160.00 | UPLOADING, LINKING AND SYNCING TRANSCRIPT AND THE EXHIBITS OF KENT GALLOWAY, INTO TEXTMAP DB. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/13/2020 | INWEK, CHERYL | 1.00 | 325.00 | ORGANIZE (RENAME) DEPOSITION EXHIBITS. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/24/2020 | SANTO, CHRISTOPHER A. | 0.40 | 128.00 | PREPARE NATIVE FILE PROCESSING, TEXT AND METADATA EXTRACTION, OCR, TIFF OF CLIENT DATA AND LOAD TO RELATIVITY DATABASE FOR DOCUMENT REVIEW. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 8/28/2020 | WOE, WIYONO | 0.70 | 224.00 | UPLOADING, LINKING AND SYNCING TRANSCRIPT AND THE EXHIBITS OF ALLAN BEANEY DEPOSITION, INTO TEXTMAP DB. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" |

24

| | | | | | (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 9/1/2020 | WOE, WIYONO | 0.50 | 160.00 | COPYING ADVERSE PRODUCTION 011 - FROM SPL. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT SP011 (SP005884-5945) DATA TO RELATIVITY AND UPDATING THE INDEXING. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/1/2020 | INWEK, CHERYL | 0.30 | 97.50 | DOCKET DUE DATES PER AMENDED SCHEDULING ORDER. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/9/2020 | WOLFSOHN, DAVID J. | 2.20 | 2,332.00 | REVIEW SPUK'S EXPERT REPORT RE DAMAGES; DISCUSS W/ T. MARANDOLA. | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/10/2020 | INWEK, CHERYL | 0.10 | 32.50 | DOCKET HEARING DATE. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/16/2020 | INWEK, CHERYL | 0.20 | 65.00 | DOCKET DATES FOR DEPOSITIONS AND PREPARATION SESSIONS. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/21/2020 | WOE, WIYONO | 1.00 | 320.00 | COPYING ADVERSE PRODUCTION SP014 TO 16. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT SP014 TO 16 DATA TO RELATIVITY AND UPDATING THE OCR | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

25

| | | | | TEXT AND ALSO THE INDEXING. | |
|---|---|---|---|---|---|
| 9/21/2020 | WOE, WIYONO | 0.50 | 160.00 | CREATING NEW DOCUMENTS BY COMBINING PARENT AND CHILDREN DOCS FROM THE SP014 PRODUCTION VOLUME. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/25/2020 | WOLFSOHN, DAVID J. | 0.80 | 848.00 | REVIEW DOCUMENTS FROM SPUK THAT ITS DAMAGES EXPERTS RELIED UPON, | Represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/25/2020 | WOE, WIYONO | 1.00 | 320.00 | COPYING ADVERSE PRODUCTION SP012. SETTING UP DATA - COLLECTION FOLDERS, PROCESS DATA, IMPORT SP012 IMAGES AND METADATA TO RELATIVITY AND UPDATING THE OCR TEXT AND ALSO THE INDEXING. ALSO OVERLAYING NEW DOCUMENTS IMAGES AND METADATA. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 9/25/2020 | INWEK, CHERYL | 0.10 | 32.50 | FORWARD INFORMATION TO COUNSEL FOR MPETERS DEPOSITION. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/8/2020 | MARANDOLA, TYLER | 0.50 | 262.50 | REVIEW PAST RESEARCH RE:TRADEMARK ASSIGNMENTS AND LICENSES; CORRESPONDENCE WITH S. POLES RE:UPDATED RESEARCH RE:SAME | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" |

| | | | | | (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 10/8/2020 | POLES, SIMEON S. | 0.50 | 210.00 | CONDUCT RESEARCH REGARDING LIMITATIONS ON LIABILITY RUNNING TO ASSIGNEE OF TRADEMARK | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/9/2020 | POLES, SIMEON S. | 2.30 | 966.00 | CONDUCT RESEARCH REGARDING LIMITATIONS ON CONTRACTUAL OBLIGATIONS ATTENDANT TO TM PASSING WITH ASSIGNMENT TO SUCCESSOR HOLDER | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/11/2020 | POLES, SIMEON S. | 2.10 | 882.00 | RESEARCH ASSIGNEE LIABILITY FOR AGREEMENTS BETWEEN ASSIGNOR AND PRIVY TO CONTRACT | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/12/2020 | POLES, SIMEON S. | 3.50 | 1,470.00 | CONDUCT RESEARCH RE: LIMITS OF ASSIGNEE'S OBLIGATIONS IN TRADEMARK | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 10/13/2020 | POLES, SIMEON S. | 0.60 | 252.00 | STRATEGY CALL WITH D. WOLFSOHN AND T. MARANDOLA RE: SCOPE TO WHICH LICENSEE/ASSIGNEE IS BOUND BY PREVIOUS AGREEMENT AND MALICIOUS | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted |

| | | | | PROSECUTION/ABUSE OF PROCESS CLAIMS UNDER OHIO AND TENNESSEE LAW | were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 11/2/2020 | WOE, WIYONO | 0.50 | 160.00 | RE-PRODUCING A DOCUMENT WITH ADDTITIONAL REDACTION. CREATING PRODUCTION ICEESPL_0003 RED SET AND IMAGING THE DOCS. RUN SEARCHES, IMAGING DOCS, EXCLUDE PRIVILEGE TAGS, CHECKING THE REDACTION DOCS AND OCR TEXT, FOR PRODUCTION OF ICEESPL_0003 RED, CONFIRM PRODUCTION FORMAT REQUIREMENTS WITH LEGAL TEAM. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 11/5/2020 | POLES, SIMEON S. | 0.60 | 252.00 | CONDUCT RESEARCH RE: MALICIOUS PROSECUTION CLAIMS UNDER TENNESSEE LAW AND DIFFERENCE BETWEEN CLAIMS UNDER OHIO LAW WITH RESPECT TO PROPERTY SEIZURE REQUIREMENT. | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 11/6/2020 | INWEK, CHERYL | 2.10 | 682.50 | DOCKET DUE DATE FOR RESPONSE TO MOTION TO FILE UNDER SEAL AND COMPILATION OF EXHIBITS. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |
| 11/9/2020 | WOLFSOHN, DAVID J. | 0.40 | 424.00 | REVIEW INFO RE WRONGFUL USE BY SLP OF THE SLUSH PUPPIE MARKS; DISCUSS W/ M. ROSHKOFF; CONSIDER ICANN REMEDIES. | Trademark license unrelated to Order and remained issue through Trial of this matter; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" |

28

| | | | | | (Doc. 493 at PAGEID 23490.) |
|---|---|---|---|---|---|
| 11/10/2020 | INWEK, CHERYL | 0.10 | 32.50 | DOCKET REPLY DATE FOR MOTION FOR SANCTIONS. | Administrative work unrelated to Order; represents a type of work that would have been performed even if the claims asserted were 'not meritless[.]'" (Doc. 493 at PAGEID 23490.) |

In total, $70,460.81 in Exhibit D reflects "work that would have been performed even if claims asserted were 'not meritless'" (Doc. 493 at PAGEID 23490) or work unrelated to uncovering the 2000 Appointment, the "History of working practise," or the "Wendsday" email. (Doc. 417). Applying ICEE's own 15% discount, the Court should reduce the contested amounts in Exhibit D by a minimum of **$59,891.69** (approximately 11% of the total $563,742.93 charge).

A. **Exhibit E and Exhibit F are Entirely Outside the December 2, 2020 Cutoff.**

The Declaration concedes that the fees in Exhibit E and Exhibit F were "incurred after the filing of the reply brief in support of the motion for sanctions" and "in 2023 and 2024." (Doc. 493 at PAGEID 23490-91.) Counsel's assertion that the work was "necessary" to uncover and obtain information about the forgery attempts to circumvent the Order's plain temporal limitation. The amount included is substantial: Exhibit E (Doc. 493-5) adds $23,470.20 and Exhibit F (Doc 493-6) adds $221,715.28, totaling $245,221.48 in post December 2, 2020 fees. Notably, this amount represents nearly **half** of what ICEE requested for fees charged in 2019-2020. (*see* Doc. 493-4). Because these amounts plainly exceed the Order's temporal scope, the Court should exclude them from any fee award.

B. **The Declaration's Description of "Removed" Categories of Fees is Contradicted by the Billing Records Themselves.**

Paragraph 21 of the Declaration represents that entries "relating to the negotiations and drafting of the confidentiality protective order and the Rule 26(f) report" were removed from

29

Exhibit D.  Yet Exhibit D contains multiple entries expressly billing for the Rule 26(f) report and conference (*e.g.,* May 8, 2019, May 15, 2019 (two entries), May 17, 2019, May 20, 2019 (two entries)).

Exhibit D also contains extensive entries for drafting the answer and counterclaims, Rule 26(a) disclosures, document requests, settlement-conference preparation and mediation statements, and legal research on trademark issues that persisted throughout the case, until trial. None of this work was inherently tied to investigating the 2000 Appointment, the "History of working practise," or the "Wendsday" email.  This work represents the ordinary cost of defending and prosecuting the case, precisely what the Court excluded from the Order.

## III. THE BILLING RECORDS CONTAIN DUPLICATIVE ITEMS THAT INFLATE THE REQUESTED RELIEF FOR COSTS BY DOUBLE.

The billing records submitted with the Declaration are riddled with duplicate entries that materially inflate the costs sought, undermining the reliability of ICEE's figures.  These are not isolated errors, but a pervasive pattern of repeated billing for identical work, on identical dates, in identical amounts. Because the Declaration relies solely on counsel's self-prepared spreadsheets— without any independent custodian affidavit, unredacted invoices, or explanation of methodology—neither SPL nor this Court can verify the accuracy of the amounts claimed. The duplication in Exhibits E and G implicates tens of thousands of dollars and demonstrates that ICEE has failed to carry its burden of establishing that the costs sought were reasonably and necessarily incurred.

Exhibit E contains two identical entries on February 8, 2021 for $684 and 1.2 hours of work by Mr. Marandola, with identical narrative—billed as separate work.  Exhibit G presents a much more serious error: nearly every cost line item, whether for color printing, Westlaw research, filing fees, overnight mail, air travel, hotel, or deposition transcripts appears **twice**, with identical

dates, amounts, and narratives.  The only non-duplicated entry in the entire Exhibit G is a $968.70 charge on June 27, 2019 for "Foreign Associate Fee – All Others Matters – Gowling WLG / 1467878; Licensing Dispute Consultation Regarding Potential Claims in UK."  (Doc. 493-7 at PAGEID 24186.)  This charge, like many in Exhibit D (Doc. 493-4) is wholly unrelated to the Sanctions Order (Doc. 417) and represents a type of work that would have been performed regardless of the forgery investigation.  The erroneous duplication in Exhibit G inflates ICEE's costs by $41,429.42, rendering the $83,827.54 cost unreliable.  Moreover, sifting through the non-duplicated costs reveals a plethora of Westlaw research charges, with no specificity, and several thousands of dollars of travel costs.  These fees should be excluded and unreasonable and irrelevant.  Combined with the unrelated $968.70 charge, ICEE's costs should be reduced by at least **$42,398.12**.

The Declaration relies entirely on a single interested-party attestation and counsel's after-the-fact, self-curated spreadsheets.  ICEE provided no explanation of the methodology it used to determine which entries were "necessarily and reasonably incurred" in uncovering the forgeries versus which were excluded.  Given the demonstrated inconsistency between the Declaration's representations and the underlying data, and the pervasive duplication in Exhibit G, SPL asks that this Court demand production of the complete, unredacted invoices and supporting documentation before any fee amount is awarded.

Finally, Supreme Court and Sixth Circuit precedent "clearly permit trial courts to reduce attorneys' fees awards '[w]here the documentation of hours is inadequate.'"  *Richard v. Caliber Home Loans, Inc.*, 832 Fed. Appx. 940, 947 (6th Cir. 2020) (quoting *Ohio Right to Life Soc'y, Inc. v. Ohio Elections Comm'n*, 590 F. App'x 597, 603 (6th Cir. 2014)).  Reduction is warranted here, where counsel failed to ensure that Exhibit E (Doc 453-5) and Exhibit G (Doc. 453-7) were

31

accurate, despite Mr. Wolfsohn's attestation that he spent 16.6 hours "reviewing the bills and creating the attached spreadsheets." (Doc. 493 at PAGEID 23493.)

## IV.   CONCLUSION

ICEE has not carried its burden of establishing that its requested fees and costs are reasonable and related to the sanctioned conduct.  **A minimum of $347,511.29 is unsupported**: $59,891.69 in discrepancies within Exhibit D (453-4), $245,221.48 added in violation of the Order's temporal scope in Exhibits E (Doc. 453-5) and F (Doc. 453-6), and $42,398.12 in errors contained within Exhibit G (Doc. 453-7).  The Court should exercise its discretion to reduce ICEE's fee request by *at least* $347,511.29.

Respectfully submitted,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

/s/ *Eric Larson Zalud*
Eric Larson Zalud (0038959)
Laura E. Kogan (0093369)
Sarah J. Schneider (0101367)
127 Public Square, Suite 4900
Cleveland, OH  44114
(216) 363-4500 – Telephone
(216) 363-4588 – Facsimile
ezalud@beneschlaw.com
lkogan@beneschlaw.com
sschneider@beneschlaw.com

Jennifer M. Turk (0073781)
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223-9300 – Telephone
(614) 223-9330 – Facsimile
jturk@beneschlaw.com

*Attorneys for Plaintiff Slush Puppie Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

/s/ *Eric Larson Zalud*
Eric Larson Zalud
*Attorney for Plaintiff Slush Puppie Limited*

28971599