

Eric L. Zalud
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Direct Dial: 216.363.4178
Fax: 216.363.4588
ezalud@beneschlaw.com

July 31, 2026

**VIA CM/ECF FILING SYSTEM**
The Honorable Michael R. Barrett
United States District Court for the
Southern District of Ohio
Potter Steward U.S. Courthouse
100 East Fifth Street, Room 239
Cincinnati, OH 45202
Barrett_chambers@ohsd.uscourts.gov

> Re:  ***Slush Puppie Limited v. The ICEE Company***
> Case No. 1:19-cv-00189

Dear Judge Barrett:

I write to again inform the Court that on or about August 10, 2026 SPL will be making its regular monthly salary payment to Mark Peters in his role as director of the company, in the amount of €77,250 as an ordinary and necessary expenditure to preserve the business as per Paragraph 3 of Doc. #504. I note now for the Court that ICEE disagrees with this payment. Mark Peters is a full-time employee of SPL, and critical to the very day-to-day business operations of SPL that this Court's Order was intended to preserve. Also, this is his full-time job, and his livelihood. (Without waver of any SPL's procedural or substantive rights as to the extant Order). Thank you.

> BENESCH, FRIEDLANDER,
> COPLAN & ARONOFF LLP
>
> Eric L. Zalud

ELZ/jvf

cc:   David Wolfsohn (via CM/ECF)
      Tyler Marandola (via CM/ECF)
      Jennifer Turk  (via CM/ECF)
      Sarah Schenider (via CM/ECF)

29008624 v1