**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

SLUSH PUPPIE LIMITED,

               Plaintiff/Counterclaim
               Defendant,

        v.

THE ICEE COMPANY,

               Defendant/Counterclaim
               Plaintiff.

CASE NO. 1:19-cv-00189-MRB

Judge Michael R. Barrett

**[PROPOSED] ORDER TO SHOW CAUSE**

This matter is before the Court on The ICEE Company's Emergency Motion for an Order to Show Cause Why Slush Puppie Limited and Mark Peters Should Not Be Held in Civil Contempt for Violation of This Court's July 8, 2026 Order (Doc. 504). Having reviewed the motion and for good cause shown, the Court hereby ORDERS as follows:

1. Slush Puppie Limited ("SPL") and Mark Peters are hereby ORDERED to appear before this Court on _____, 2026, at _____ __.m., and show cause why they should not be held in civil contempt for violating Paragraph 1 of this Court's July 8, 2026 Order (Doc. 504);

2. SPL is hereby ORDERED, consistent with the July 8 Order, not to make any payment, loan, dividend, or transfer of any kind to Mark Peters or to any entity controlled or owned, directly or indirectly, by him, pending the hearing on this matter and resolution of SPL's Motion for Clarification (Doc. 508);

3. Mark Peters is hereby ORDERED not to accept any payment, loan, dividend, or transfer of any kind from SPL pending the hearing on this matter;

4. This Court's July 8, 2026 Order (Doc. 504) remains in full force and effect;

5. SPL and Mark Peters shall file any response to the Motion and this Order to Show Cause no later than _____, 2026.

1

2

**IT IS SO ORDERED.**

Dated: _____

_____
HON. MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE