**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

SLUSH PUPPIE LIMITED,

        Plaintiff/Counterclaim
        Defendant,

        v.

THE ICEE COMPANY,

        Defendant/Counterclaim
        Plaintiff.

CASE NO. 1:19-cv-00189-MRB

Judge Michael R. Barrett

**THE ICEE COMPANY'S NOTICE OF FILING OF**
**DEPOSITION DESIGNATIONS PLAYED AT TRIAL**

Counterclaim Plaintiff, The ICEE Company, hereby provides notice of filing of the following deposition designations for those portions of the noted depositions that were played from video clips for the jury at trial during ICEE's case-in-chief (but, as is customary, were not transcribed in the trial transcripts):

- Exhibit A: Deposition of Abi Somorin (played Friday, May 15)

- Exhibit B: Deposition of Alan Beaney (played Friday, May 15)

- Exhibit C: Deposition of Josie Patrick (played Thursday, May 14)

- Exhibit D: Deposition of Kevin Scoles (played Thursday, May 14)

- Exhibit E: Depositions of Mark Peters (compilation of all clips played from multiple depositions) (played Friday, May 15 and Monday, May 18)

August 12, 2026

Respectfully submitted,

**DUANE MORRIS LLP**

BY:  */s/ David J. Wolfsohn*
David J. Wolfsohn (*admitted pro hac vice*)
Tyler R. Marandola (*admitted pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
djwolfsohn@duanemorris.com
tmarandola@duanemorris.com

Philip G. Han *(admitted pro hac vice)*
1201 North Market Street, Suite 501
Wilmington, DE  19801
Tel: (302) 657-4916
Fax: (302) 397-2504
pghan@duanemorris.com

Kenneth M. Argentieri (Ohio Bar No. 0067493)
Trial Attorney
625 Liberty Ave., Ste. 1000
Pittsburgh, PA 15222
Tel.: (412) 497-1000
Fax: (412) 497-1001
kmargentieri@duanemorris.com


*Attorneys for Defendant/Counterclaim Plaintiff,*
*The ICEE Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

SLUSH PUPPIE LIMITED,

      Plaintiff/Counterclaim Defendant,

    v.

THE ICEE COMPANY,

      Defendant/Counterclaim Plaintiff.

CASE NO. 1:19-cv-00189-MRB

Judge Michael R. Barrett

**CERTIFICATE OF SERVICE**

I, Tyler R. Marandola, certify that I served a true and correct copy of the foregoing to all counsel of record by ECF filing.

Dated: August 12, 2026

By:*/s/ Tyler R. Marandola*